SEALED

02351-027

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

v.

RANDY M. YAGER
a/k/a "Mad"

**WARRANT FOR ARREST**

CASE NUMBER: 97-Cr-98

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Randy M. Yager and bring him forthwith to the nearest magistrate to answer an indictment charging him with RICO and RICO conspiracy, all in violation of Title 18, United States Code, §§ 1962(c) and (d).

Sofron L. Nedilsky
Name of Judicial Officer

Clerk of Court
Title of Issuing Officer

_____
Signature of Issuing Officer

(By) Deputy Clerk

JUN - 2 1997
Date and Location

RECEIVED JUN 3 5 48 PM '97 U.S. MARSHAL MILWAUKEE, WI

Bail fixed at $_____ by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED: 6/3/1997 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST: 10/16/2014 | Marlon Burton DUSM | |

AO 442 (Rev. 5/85) Warrant for Arrest