## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **ARRAIGNMENT AND PLEA HEARING** |
| **RANDY YAGER** | CASE NUMBER 97-CR-98 |

| | |
|---|---|
| HONORABLE William E. Duffin, presiding | Court Reporter: FTR Gold |
| Deputy Clerk: Mary | Hearing Began: 1:38:46 |
| Hearing Held: November 18, 2014 | Hearing Ended: 1:46:53 |

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | Carol L. Kraft and Scott Campbell |
| RANDY YAGER, in person, and by: | Craig Albee    ☐ CJA  ☒ FDS  ☐ RET |
| U.S. PROBATION OFFICE by: Melissa Hernandez | |
| INTERPRETER:  ☒ None  ☐ Sworn | |

☐ Original Indictment  ☒ Superseding Indictment  ☐ Information  ☐ Misdemeanor  ☐ Felony

| | | | |
|---|---|---|---|
| Speedy Trial Date: | January 27, 2015 | Trial Estimate: | 2 weeks |
| Final Pretrial Date: | TO BE SET | Voir Dire: | |
| Jury Trial Date: | TO BE SET | Motions Due: | TO BE SET |
| District Judge: | J. P. Stadtmueller | Responses Due: | TO BE SET |
| Magistrate Judge: | William E. Callahan, Jr. | Replies Due: | TO BE SET |

| | |
|---|---|
| ☒ Defendant advised of rights | ☒ Open file policy applies |
| ☐ Court orders counsel appointed | Discovery available: within a week |
| ☐ Defendant to reimburse at $ _____ per month | ☐ Court discussed availability for incarcerated defendants |
| ☒ Defendant advised of charges, penalties, and fines | ☒ Government to disclose GJ materials one day prior to trial |
| ☒ Copy of indictment received by defendant | ☐ Case designated complex |
| ☐  ☐ Indictment read; or ☐ Defendant waives reading | ☐ Scheduling conference set for: |
| ☒ Not guilty plea entered by: | |
| ☒ defendant  ☐ the court | before ☐ WEC ☐ NJ ☐ WED |

Maximum Penalties:
Ct 1 and Ct 2:  maximum life   $250,000   10 yrs - Life   $100

    Judge Stadtmueller has set a **Case Management Conference for January 8, 2015 at 8:30 a.m.**
    GOVT:  will have all discovery material within a week.  Initially paper discovery, uploaded into electronic form.  3 boxes of cassette tapes that were made as Title III, recordings.
    BOND:
    DEFENSE:  - request deft be detained on the presumption only and request at some future point to file a motion for a bond hearing.
    COURT orders deft detained on the presumption and in the event some time the down the road, counsel believes there are conditions defense would like to propose to the court, defense can file a motion.

**RANDY YAGER** 97-CR-98

**Bond Status:**
- ☒ Defendant is ordered detained pending trial. SEE Order of Detention Pending Trial
- ☐ Court orders federal detainer
- ☐ Defendant is ordered temporarily detained for a maximum of: ☐ 3 days ☐ 5 days ☐ 10 days
  Detention Hearing set for: _____
- ☐ Defendant detained but court will review upon motion proposing conditions of release
- ☐ Bond continued as previously set
- ☐ Detention continued as previously set
- ☐ Defendant is released on: ☐ O/R bond ☐ Unsecured bond in the amount of: _____
  ☐ Bond secured by: ☐ Cash ☐ Property ☐ Cash/property

**Conditions of Release:**
- ☐ Report to Pretrial Services as directed
- ☐ Execute appearance bond:
  - ☐ Cash only _____
  - ☐ Property only: Value: $_____ Location: _____
  - ☐ Cash or property: _____
- ☐ Seek/maintain employment
- ☐ Surrender passport to: _____
- ☐ Obtain no passport
- ☐ Travel restricted to: ☐ ED-WI ☐ _____
- ☐ No direct or indirect contact with: _____
- ☐ Undergo medical/psychiatric treatment: _____
- ☐ No firearms/weapons
- ☐ No excessive use of alcohol ☐ No alcohol
- ☐ No use, or illegal possession, of narcotic drugs/controlled substances, unless prescribed by a physician or other licensed medical practitioner
- ☐ Notify any medical provider of drug addiction
- ☐ Furnish PTS with a list of prescribed medications
- ☐ Testing for drugs/alcohol
- ☐ Inpatient drug treatment
- ☐ Outpatient drug treatment s directed by PTS
- ☐ Home confinement:
  - ☐ Curfew: ☐ as directed by USPO; or ☐ from: _____
  - ☐ Home detention with EM with restriction to residence at all times except for employment, education, religious services, medical, substance abuse or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities approved in advance by USPO
  - ☐ Home detention with electronic monitoring
  - ☐ Defendant to pay cost of EM as directed by PTS

- ☐
- ☐
- ☐