U.S. Department of Justice
Executive Office for United States Attorneys
U.S. Attorneys

| Name of Defendant: Randy M. Yager | Address: City, State and Zip Code: |
|---|---|
| Date of Birth: xx-xx-1956 | Occupation: |
| Name of Defendant's Attorney: Stephen P. Hurley | Address of Defendant's Attorney: 33 E. Main Street. Madison, WI 53701 |
| Name of U.S. Attorney: Carol L. Kraft | |
| Has warrant been issued? ☒ YES ☐ NO | When? 6/3/1997 | By Whom? Clerk of Court |
| Has warrant been executed? ☒ YES ☐ NO | When? 10/16/2014 | Where? |
| Has defendant appeared before a Magistrate? ☒ YES ☐ NO | When? 11/18/2014 | Who? William E. Duffin |
| Is the defendant in custody? ☒ YES ☐ NO | Where? Dodge County Jail | |

Pretrial Scheduling Conference Necessary?  ☒ YES   ☐ NO

| Issue: WARRANT | SUMMONS | NOTICE | MISDEMEANOR | FELONY |
|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☒ |

Milwaukee Case ☒   Green Bay Case ☐   County: Milwaukee

Minor Offense

Petty Offense

Arraignment & plea before:            Judge:            Magistrate:
(The above information to be furnished in duplicate (1 copy for file and 1 copy for Marshal with 2 conformed copies of indictment and/or information of defendant))

### THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN

| Count | Date | Charge | Penalty |
|---|---|---|---|
| One | Between on or about 1/1/1990 and on or about 6/10/1997 | 18 U.S.C. §§ 1962 (c) and 2. | Imprisonment for not more than 20 years, or life for violations based on racketeering for which the maximum penalty includes life in prison; $250,000 fine; $100 special assessment; up to five years supervised release |

| Count | Date | Charge | Penalty |
|---|---|---|---|
| Two | Between on or about 1/1/1990 and on or about 6/10/1997 | 18 U.S.C. §§ 1962 (d) and | Imprisonment for not more than 20 years, or life for violations based on racketeering for which the maximum penalty includes life in prison; $250,000 fine; $100 special assessment; up to five years supervised release |

**Agency/Agent: ATF Sandi DeValkenaere**
**OCDETF:** ☐ YES  ☒ NO