UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                               Case No. 97-CR-98

RANDY YAGER,

        Defendant.
_____

## UNITED STATES' WITNESS LIST
_____

The United States, by its attorneys, Gregory J. Haanstad, United States Attorney for the Eastern District of Wisconsin, and Carol L. Kraft, Scott J. Campbell, and Laura S. Kwaterski, Assistant United States Attorneys, hereby submits the names of witnesses the United States intends to call at trial:

1. ATF Agent Chris Bayless, Chicago, Illinois ATF Office
2. ATF Agent David Balkema, Detroit, Michigan ATF Office
3. ATF Agent Sandra DeValkeneare, Milwaukee ATF Office
4. Deputy United States Marshal Marlon Burton, Chicago U.S. Marshals Office
5. Delmar Stout, Commander, Gary, Indiana Police Department
6. Robert Stoynoff, retired South Bend, Indiana Police Officer
7. Richard Fogel, retired South Bend, Indiana Fire and Arson Investigator
8. Kari Jorgensen, Minneapolis Police Department, Minneapolis, Minnesota
9. Dan Conley, retired Town of Cheektowaga, New York PD Detective
10. John Morrow, retired New York State trooper
11. Timothy Heavern, retired Town of Silver Creek, New York Police Officer
12. Ernie Dombrowski, retired Town of Lancaster, New York PD Detective
13. Leon Robak, retired Town of Lancaster, New York PD Detective
14. Dr. Sungook Baik, Associate Chief Medical Examiner, Erie County
15. Dr. John Simich, Laboratory Director, Erie County, New York
16. Guy Morice, retired ATF Special Agent and Certified Explosive Specialist, Chicago, Illinois ATF Office

17. Dale Distel, retired Chicago Detective and Explosive Technician
18. Chris Cowan, retired Winnebago County, Illinois Bomb Squad Technician
19. Scott Oswald, City of Rockford, Illinois PD Detective
20. Bill Shelton, City of Hammond, Indiana Police Sergeant
21. Floyd Bud Matthews, retired Lake County, Indiana Sheriff Forensic Lab Investigator
22. Mitch Ogeigo, retired Lake County, Indiana Sheriff Coroner Investigator
23. Kevin Judge, Deputy Commander, Lake County Indiana Crime Laboratory
24. Thomas Chester, retired Chicago PD Detective
25. Reginald Templin, retired Firearms and Toolmarks Examiner, Wisconsin State Crime Laboratory
26. Elizabeth Aaron, formerly of Calumet City, Illinois
27. Commander Guillermo Manjarrez, Mexico State Police
28. Edward Anastas formerly from the State of Wisconsin
29. Johnson Blake formerly from the State of Illinois
30. Joan Byas from the State of Indiana
31. David Casey formerly from the State of Michigan
32. Michael Coyne from the State of Illinois
33. Randall Downs from the State of Illinois
34. Roger Fiebrantz from the State of Illinois
35. Kathy Fiebrantz from the State of Illinois
36. Deborah Fletcher from the State of Illinois
37. Bradley Feutz from the State of Indiana
38. Wayne Hicks formerly from the State of Florida
39. Henry Kapela from the State of New York
40. Luis Luna from the State of Indiana
41. John Richard Jones formerly from the State of Indiana
42. Stan McCaw formerly of Gary, Indiana
43. Houston Murphy formerly from the State of Florida
44. Raymond Morgan from the State of Indiana
45. Dennis Pellegrini formerly from the State of the Michigan
46. Carl Pitts from the State of Ohio
47. Patricia Prewitt from the State of Indiana
48. Michelle Sandefur formerly from the State of Indiana
49. James Schneider from the State of Wisconsin
50. Keith Spiels from the State of Illinois
51. Ronald Talmadge
52. Butch Toller of the State of Ohio
53. Carl Jay Warneke formerly from the State of Illinois
54. Scott Witherell from the State of Illinois

55. Lela Wislocka from the State of Illinois
56. David Wolf formerly from the State of Wisconsin

Respectfully submitted at Milwaukee, Wisconsin, this 16th day of March, 2016

        GREGORY J. HAANSTAD
        United States Attorney

By: s/ Carol L. Kraft
    Carol L. Kraft WBN 1000117
    Scott J. Campbell WBN 1017721
    Laura S. Kwaterski WBN 1055485
    Assistant United States Attorneys
    Office of the United States Attorney
    Eastern District of Wisconsin
    517 East Wisconsin Avenue, Room 530
    Milwaukee, WI 53202
    Telephone: (414) 297-1700
    Fax: (414) 297-1738

.