UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U<span>NITED</span> S<span>TATES OF</span> A<span>MERICA</span>,

      *Plaintiff*,

   *v.*                         Case No. 97 CR 98

R<span>ANDY</span> Y<span>AGER</span>,

      *Defendant.*

## RANDY YAGER'S WITNESS LIST

Randy Yager, by counsel, submits the names of witnesses and/or entities which could be called to testify in this matter, or whose names could be mentioned in the course of the trial. This list is intended for the Court's use in voir dire.

| | |
|---|---|
| Dale Ballard | Wayne Hicks |
| Christ Bayless | John Richard Jones |
| Michael Billbrey | David Kadlec |
| David Casey | Paul Kanter |
| Daniel Conley | Ronnie Lozon |
| Donovan David | James McGill |
| Sandra DeValkenaere | Houston Murphy |
| Thomas Duszkiewicz | Angelo Neri |
| Brad Feutz | Joey Nichols |
| Thomas Franczyk | Joey Nicholai |

Kevin O'Neill

Dennis Pellegrini

Jay Quabius

Leon Robak

Michelle Sandefur

George Terek

South Bend Tribune: Records Custodian

The Times: Records Custodian

Frank Wheeler

Lela Wislocka

David Wolf

Gerry Wienckowski

Dated this <u>16th</u> day of March, 2016.

                        Respectfully submitted,

                        RANDY YAGER, *Defendant.*

                         /s/ *Stephen P. Hurley*
                        Stephen P. Hurley
                        *Wisconsin Bar No.* 1015654

HURLEY, BURISH & STANTON, S.C.
P.O. Box 1528
Madison Wisconsin 53701-1528
(608) 257-0945

f:\-clients\yager randy\pleadings\witness list.wpd