**Richard Fogle**

**South Bend, Indiana 46637**

**574-220-3264**


**Professional Experience**

2010 – Present

*Retired*

July 2008 – 2010

*PT&C Forensic Consulting Services, Inc.*

*South Bend, Indiana*

*Senior Fire and Explosives Consultant, Fire and Explosion Unit*

November 2007 – July 2008

*TRC Solutions*

*South Bend, Indiana*

*Senior Fire Investigator*

1996 – November 2007

*EFI Global*

*South Bend, Indiana*

*Senior Fire Investigator*

1990 - 1996

*South Bend Fire department*

*South Bend, Indiana*

*Fire / Arson Investigator*



1988 - 1990

> *South Bend Fire Department*
>
> *South Bend, Indiana*
>
> *Fire Inspector / New Construction*

1981 – 1988

> *South Bend Fire Department*
>
> *South Bend, Indiana*
>
> *Driver / Engineer*

February 1969 – 1981

> *South Bend Fire Department*
>
> *South Bend, Indiana*
>
> *Fire Suppression*

**Fire Science Experience**

Mr. Fogle has personally worked or supervised more than 1,000 fire and explosion investigations.

**Training**

1970

> *South Bend Fire Department*
>
> *South Bend, Indiana*
>
> *Firefighters Rookie School*
>
> *10 Weeks*

1988

> *Indiana State Fire School*
>
> *Master Firefighter / Fire / Arson Investigations*
>
> *64 Hours*

1988

    *Indiana State Fire School*

    *Basic Fire Inspections*

    *16 Hours*

1988

    *South Bend police academy*

    *South Bend, Indiana*

    *Specialized Arson Investigations*

    *8 Hours*

1990

    *South Bend Regional Police Academy*

    *South Bend, Indiana*

    *Fire Causes*

    *8 Hours*

1990

    *South Bend Regional Police Academy*

    *South Bend, Indiana*

    *Explosives*

    *8 Hours*

1991

    *South Bend Regional Police Academy*

    *South Bend, Indiana*

    *Non-Verbal description*

    *8 Hours*

**Training Cont.**

1991

    *FBI Training Seminar*

    *Warsaw, Indiana*

    *Evidence Collection and Crime Scene Processing*

    *8 Hours*

1991

    *Ohio Fire academy*

    *Columbus, Ohio*

    *Arson Investigations I*

    *1 Week*

1991

    *Ohio Fire academy*

    *Columbus, Ohio*

    *Arson Investigations II*

    *1 Week*

1991

    *Marion County Prosecutors Seminar*

    *Indianapolis, Indiana*

    *Arson Investigation and Fraud*

    *2 Days*

1991

    *IAAI Training Seminar*

    *Atlanta Georgia*

    *Electrical Fire Investigation*

    *3 Days*

**Training Cont.**

1991

    *IAAI Training Seminar*

    *Fire Investigation Techniques*

    *2 Days*

1992

    *IAAI Training Seminar*

    *Advanced Fire Scene Analysis*

    *3 Days*

1993

    *INS Training Seminar*

    *Indianapolis, Indiana*

    *Fire, Arson, Fraud, and Subrogation*

    *1 Day*

1994

    *INS Training Seminar*

    *Indianapolis, Indiana*

    *Fire, Arson, Fraud, and Subrogation*

    *2 Days*

1994

    *ATF Training Seminar*

    *South Bend, Indiana*

    *Practical Bomb and Explosion*

    *2 Days*

**Training Cont.**

    1994

        *Reid Method of Interview and Interrogation*

        *South Bend, Indiana*

        *2 Days*

    1995

        *ATF Academy*

        *Glennco, Georgia*

        *Advanced Arson for profit*

        *2 Weeks*

    1998

        *Michigan State University (IAAI)*

        *Lansing, Michigan*

        *Electrical Fires*

        *3 Days*

    1999

        *IAAI Training Seminar*

        *Louisville, Kentucky*

        *Vehicle Fires*

        *3 Days*

    2000

        *National Association of Fire Investigators*

        *Schaumburg, Illinois*

        *CFEI Certification*

        *4 Days*

**Training Cont.**

2001

*IAAI Training Seminar*

*Evidence Spoliation and Electrical Fires*

*1 Day*

2001

*IAAI Training Seminar*

*Vehicle Fires*

*2 Days*

2002

*IAAI Training Seminar*

*Indianapolis, Indiana*

*Fire and Arson Conference*

*3 Days*

2003

*IAAI Training Seminar*

*Indianapolis, Indiana*

*Fire and Arson Conference*

*3 Days*

2003

*National Association of Fire Investigators*

*Eastern Kentucky University*

*Vehicle Fire Investigation Certification*

*4 Days*

**Training Cont.**

    2004

        *IAAI Training Seminar*

        *Indianapolis, Indiana*

        *Fire and Arson Conference*

        *3 Days*

    2005

        *IAAI Training Seminar*

        *Fire and Arson Conference*

        *3 Days*

    2006

        *IAAI Training Seminar*

        *Fire and Arson Conference*

        *3 Days*

    2007

        *IAAI Training Seminar*

        *Fire and Arson Conference*

        *3 Days*

**Court Qualifications**

    *Expert Witness: Fire Causations*

    *Indiana Superior and Federal Courts*

**Certifications**

- *Indiana State Arson Certified*
- *Basic Fire Prevention Inspection (Indiana)*
- *First Class Firefighter (Indiana)*
- *Master Firefighter (Indiana)*
- *Certified Fire and Explosion Investigator #7352-2720 (Expired 2011)*
- *Certified Vehicle Fire Investigator #7352-2720V (Expired 2011)*

**Licenses**

- *Illinois Private Detective*
  - ○ *License No. 0129-214869 (Expired)*

**Professional Organizations** (All Expired 2011-2012)

-*International Association of Fire Investigators*

-*International Association of Fire Investigators, Indiana Chapter*

-*National Association of Fire Investigators*

-*International Association of Firefighters*