# CURRICULUM VITAE

## John P. Simich, Ph.D.

### Education:

Daemen College                  9/73 to 5/76
4380 Main St.
Snyder, NY 14226

- B.S. in Medical Technology

SUNY at Buffalo                9/80 to 2/83
3435 Main St.
Buffalo, NY 14214

- M.S. in Medical Technology with a
  Concentration in Hematology.

Roswell Park Memorial Institute     9/82 to 9/90
Division of SUNY at Buffalo
3435 Main St.
Buffalo, NY 14214

- Ph.D. in Experimental Pathology with a
  Concentration in Hematology.

### Work Experience:

Erie County Central Police Services     2/85 to Present
Forensic Laboratory
45 Elm St.
Buffalo, NY 14203

    **Laboratory Director (Since October 24, 2009).** Acting Laboratory Director (Since December, 2007). Assistant Laboratory Director (Since January 29, 2001). Formerly, Senior Forensic Serologist (Since November 05, 1990) and Forensic Chemist (1985-1990). **Currently oversee the daily operations of the Forensic Laboratory**. Formerly qualified to perform analyses in the areas of Forensic Serology and DNA analysis. This included the analysis of evidence received in relation to the crimes of assault, homicide, sexual assault, etc., using immunological, electrophoretic and DNA-PCR methods for the characterization of biological stains. Previously qualified to perform Forensic Toxicology testing of body fluids and controlled substances identifications. Also, currently serve as DNA Technical Leader. Responsible for the administration of Federal and State grants. Received training and course work from the FBI and graduate credit from the University of Virginia in forensic DNA analysis in 1989. Completed ASCLD/LAB Inspector Training Course held on June 23-24, 1994.

EXHIBIT E

M.L.L. Diagnostic Laboratory, Inc.    6/84 to 2/85
696 Dick Rd.
Cheektowaga, NY 14225

**Laboratory supervisor.** Duties included the performance of analyses in all areas of a full service clinical laboratory including Serology, Immunohematology, Hematology, Clinical Chemistry and Toxicology. Also responsible for the supervision of technologists and secretaries to assure proper functioning of the laboratory. Additional duties included the implementation of quality control programs, writing and implementing new procedures and the ordering of supplies and equipment.


Sheehan Emergency Hospital         7/82 to 1/85
425 Michigan Ave.
Buffalo, NY 14203

**Weekend laboratory supervisor.** Duties included the performance of analyses in all areas of the clinical laboratory and supervision of weekend technologists and phlebotomists to assure the proper functioning of the laboratory. In addition, fill in as evening supervisor as needed including full time between 4/83 to 7/83.


Sister's of Charity Hospital         11/76 to 12/82
2157 Main St.
Buffalo, NY 14214

**Medical Technologist.** Perform analyses as required in Blood Bank, Hematology, Stat Lab and Clinical Chemistry laboratories. Perform venipuncture on adult patients. In addition, fill in as laboratory supervisor on evening and weekend shifts as needed.


Children's Hospital         10/76 to 12/78
219 Bryant St.
Buffalo, NY 14222

**Medical Technologist.** Responsible for performing analyses as required in a full service Transfusion Service. This included blood typing, antibody identification, cross matching and blood component preparation.


Erie County Medical Center         5/76 to 11/76
462 Grider St.
Buffalo, NY 14215

**Medical Technologist.** Responsible for blood gas analysis.

## Appointments:

Clinical Assistant Professor-School of Medicine and Biomedical Sciences, Department of Biotechnical and Clinical Laboratory Sciences, SUNY at Buffalo, August 30, 1994 to present. Instructor for the course: Forensic Science (MT428/528).

Clinical Instructor-School of Health Related Professions, Department of Medical Technology, SUNY at Buffalo, January 7, 1992-August 28, 1994.

Board member-Erie County Citizens Committee on Rape and Sexual Assault, June 25, 2002.

Member of the Crisis Services Rape Crisis Advisory Committee, May, 2002 to present.

Member of the Law Enforcement Coordinating Committee-Info Tech Sub-Committee, January, 2002 to 2007.

NDIS Audit Review Panel Member, 2007 to present.

Adjunct Research Scientist of Chemistry, School of Natural & Social Sciences, Buffalo State University. September 1, 2011 to present.

## Awards:

State University of New York at Buffalo, Department of Clinical Laboratory Science: 1999 Alumni Award: May 1, 1999.

Erie County Bar Association: 2001 Criminal Justice Award: April 30, 2001.

New York State Executive Chamber Citation for the Bike Path Rapist Task Force: October 15, 2007.

Erie County Police Chiefs Association: Citation for the Bike Path Rapist Task Force: November, 2007.

State University of New York at Buffalo, Department of Biotechnology and Clinical Laboratory Science: Biotech Award: April 18, 2009.

## Professional Organizations:

American Association for the Advancement of Science

American Society of Crime Laboratory Directors

Page 3 of 13

Case 2:97-cr-00098-JPS   Filed 03/16/16   Page 3 of 12   Document 2154-5

American Society of Crime Laboratory Directors/Laboratory Accreditation Board: member of Delegate Assembly.

New York Crime Laboratory Advisory Committee

## Symposia and Training Sessions Attended:

International Symposium on Forensic Immunology held at The FBI Academy, Quantico, VA on June 23-26, 1986.

Basic Radiation Safety Course. SUNY at Buffalo. Completed May 19, 1989.

Laboratory Application of DNA Typing Methods School. FBI Academy, Quantico, Virginia. July 9, 1989-August 4, 1989.

DNA Forensic Fingerprinting Symposium held at The Banbury Center, Cold Spring Harbor Laboratory on December 13-15, 1992.

The Combined DNA Index System (CODIS) held at the New York State Police Crime Laboratory on April 28, 1994.

ASCLD/LAB Inspector Training Course, June 23-24, 1994, Albany, NY.

CODIS Meeting at the FBI Academy, January 11, 1995.

In Situ PCR and Techniques Update, Applied Biosystems. April 12, 1995, RPCI, Buffalo, NY.

Sixth International Symposium on Human Identification, October 12-14, 1995, Scottsdale Arizona.

DNA Advisory Board Meeting and CODIS User's Group Meeting. February 1-2, 1996, Arlington, VA.

Decision Making in the Clinical Laboratory: A Statistical Approach for Methods Evaluation. March 20-21, 1996, SUNY at Buffalo.

The Genetic Harvest Automated DNA Analysis Tools for Plants and Animals, November 12, 1996, Ithaca, N.Y.

DNA Focus Group Meeting, NIJ. January 27, 1997, Washington, DC.

PCR and DNA Sequencing Workshop, Applied Biosystems. March 24, 1997, RPCI, Buffalo, NY.

Statistics Training for DNA Scientists, October 21-22, 1997, Albany, NY.

DNA Forensics, Science, Evidence and Future Prospects, Cambridge Healthtech Institute. November 17-18, 1997, McLean, VA.

Northeast Regional Forensic User's Meeting, March 31, 1998, Framingham, MA. Sponsored by Applied Biosystems.

New York State CODIS User's Meeting. June 10, 1998, Albany, NY.

DNA/Capital Mock Trial Advocacy Training Program. October 26-28, 1998, New York State Police Training Academy, Albany, New York.

Fourth Annual CODIS User's Group Meeting. November 19-20, 1998, Arlington, VA.

DNA Forensics, Cambridge Healthtech Institute. June 13-15, 1999. McLean, VA.

Fifth Annual CODIS User's Group Meeting. November 18-19, 1999, Arlington, VA.

New York State CODIS User's Group Meeting. March 15, 2000, Albany, NY.

New York State DAB/FBI Audit Document Update, October 5, 2000, Albany, NY.

Sixth Annual CODIS User's Group Meeting. February 5-6, 2001, Arlington, VA.

CODIS Training Course. February 7, 2001. SAIC, Vienna, VA.

7th Annual CODIS User's Group Meeting. October 28-31, 2001, Arlington, VA.

DNA Auditor Training Course. April 11-12, 2002. Albany, New York.

Better Communication, April 26, 2002, Buffalo, NY.

Crystal Reports 8.5: Basics. May 6-7, 2002. Buffalo, New York.

New York State Association of County Coroners and Medical Examiners Spring 2003 Conference.

Biological and Chemical Terrorism Issues for Coroners and Medical Examiners. April 5-6, 2003, Buffalo, New York.

9th National CODIS Conference. November 3-6, 2003. Lansdowne, Virginia.

Genotyping, SNP's, Comparative Sequencing, Linkage Disequilibrium & LOH Workshop. January 21, 2004. RPMI, Buffalo, NY.

New York State Beast User's Group. May 11-12, 2004. Albany, New York.

10th National CODIS Conference. November 15-17, 2004. Arlington, Virginia.

Page 5 of 13

Case 2:97-cr-00098-JPS   Filed 03/16/16   Page 5 of 12   Document 2154-5

Police Crime Scene Evidence Specialist Course and Fingerprint Practices and Procedures Course-Level 1, May 23-June 6, 2005, Amherst, NY.

6th Annual DNA Grantees Workshop, June 27-29, 2005, Washington, DC.

7th Annual DNA Grantees Workshop, June 26-28, 2006, Washington, DC.

DAB Auditor Training Class. July 25-26, 2006, Fredericksburg, VA.

Hair Evaluation for the DNA Analyst Course. West Virginia University-online, August 29, 2006.

2007 DNA Summit, February 7-8, 2007, Washington, DC.

NIJ Annual Conference, July 23-25, 2007, Arlington, VA.

ASCLD/LAB-International Preparation Course. ASCLD/LAB, September 10-12, 2007, Buffalo, NY.

13th National CODIS Conference. October 29-31, 2007, San Francisco, California.

NIJ Annual Conference, July 21-23, 2008, Arlington, VA.

Crystal Reports 10 Custom Training. MicroKnowledge, August 21-22, 2008. Latham, NY.

NIJ Annual Conference, June 15-17, 2009, Arlington, VA.

Emotional Intelligence. Erie County. January 26, 2010. Buffalo, NY.

NIJ Annual Conference June 14-16, 2010, Arlington, VA.

Ethics in Forensic Science. September 29, 2010, Buffalo, NY.

Leica ScanStation C10 Training November 1-5, 2010, Buffalo, NY.

NIJ Annual Conference June 20-22, 2011, Arlington, VA.

Answering the NAS: The Ethics of Leadership and the Leadership of Ethics. RTI International, August 20, 2012.

DNA Mixture Interpretation Workshop & Webcast. NIST, April 12, 2013.

What Makes a Credible Witness? April 25, 2013. The Evidence Conference-Elaine Pagliaro. On-line.

Documentation and Assessment of Strangulation Victims. July 17, 2013. Niagara County District Attorney's Office, Buffalo, New York.

ArmedXpert Statistical Software Training. March 11-13, 2014. Erie County CPS Forensic Lab, Buffalo, NY.

DNA Analyst Webinar: Probabilistic Genotyping and Software Programs (Part 1). NIST, May 28, 2014. On-line.

Overview of Root Cause Analysis, July 31, 2014. DCJS, Albany, NY. On-line.

Leeds Spectral Vision System Training. July, 2014. Erie County CPS Forensic Lab, Buffalo, NY.

STRMix Statistical Software Training Workshop. July 21-25, 2014. Erie County CPS Forensic Lab, Buffalo, NY.

## **Laboratory Management Related Training:**

Laboratory Management (MT515; 2 graduate credits) SUNY at Buffalo, 1982.

ASCLD/LAB Inspector Training Course. ASCLD/LAB, June 23-24, 1994, Albany, NY.

Better Communication, April 26, 2002, Buffalo, NY.

ASCLD-LAB-International Preparation Course. ASCLD/LAB, September 10-12, 2007, Buffalo, NY.

Erie County-Cultural Change Program, January 30, 2009, Buffalo, NY.

Erie County-Family Medical Leave Act Training, May, 2009, Buffalo, NY.

Erie County-Progressive Discipline, June, 2009, Buffalo, NY.

Erie County-Record Retention Policies, August, 2009, Buffalo, NY.

Emotional Intelligence, January 26, 2010, Buffalo, NY.

Workplace Violence. Erie County. November 29, 2011, Buffalo, NY

Workplace Harassment for Supervisors and Managers. Erie County. December 17, 2011, Buffalo, NY.

Erie County-EEO Compliance Briefing for Managers and Supervisors, June 14, 2012, Buffalo.

Conflict Resolution Workshop. Erie County. March 11, 2015, Buffalo, NY.

**Laboratory Inspections and Consultations:**

Audit of the New York State Police Crime Lab DNA Analysis Unit on October 17, 1995

Participated in the ASCD/LAB accreditation inspection of the Michigan State Police Crime Laboratory System on October 30-November 3, 1995 in the areas of forensic serology, DNA, controlled substances and blood alcohol analyses.

Participated in the ASCD/LAB accreditation inspection of the Utah State Police Crime Laboratory System on May 13-16, 1996 in the areas of forensic serology, DNA and controlled substance analyses.

Audit of the Monroe County Crime Laboratory Serology and DNA Unit in April, 1997.

Audit of the Niagara County Sheriff's Department Crime Laboratory Serology Section on January 5, 1998.

Participated in the ASCD/LAB accreditation inspection of the Kansas Bureau of Investigation Forensic Laboratory in Great Bend, Kansas on May 18-21, 1998.

Provide technical review of DNA cases for Monroe County Crime Laboratory: May to September 1999.

Participated in the ASCD/LAB accreditation inspection of the Iowa Division of Criminal Investigation Criminalistics Laboratory in Des Moines, Iowa on October 25-29, 1999.

Participated in the ASCD/LAB accreditation inspection of the Santa Clara County District Attorney's Crime Laboratory in San Jose, California on June 2-7, 2001.

Performed DAB Audit of the DNA Section of the New York State Police Forensic Identification Center on July 1-3, 2002 in Albany, New York.

Performed DAB Audit of the DNA Section of The Ontario Centre of Forensic Sciences on December 18-20, 2002 in Toronto, Ontario.

Participated in the ASCD/LAB accreditation inspection of the New Jersey State Police Forensic Science Laboratory Bureau on March 9-14, 2003.

Performed an ASCD/LAB Special Audit of the Forensic Biology Section of the New Jersey State Police on June 12-13, 2006 in Bordentown, New Jersey.

Participated in the ASCD/LAB accreditation inspection of the New Hampshire State Police Forensic Laboratory on June 1-4, 2009.

Bielat KL, Simich JP, Ambrus JL, Halpern J, Meenaghan MA. Ultrastructural and Phenotypic Analysis of Human Anti-Tumor Cytotoxic Lymphocytes in an In Vitro Model. Cancer Detection and Prevention 1989;14:1,125.

Bielat KL, Simich JP, Ambrus JL, Halpern J, Donohue TM, Wirth S, Meenaghan MA. An Immuno-Electron Microscopic Evaluation of a Human In Vitro Autologous Model of Anti-Tumor Activity. Cancer Research Clinical Oncology, 1990.

Bielat KL, Simich JP, Biddle W, Halpern J, Meenaghan MA, Ambrus JL. Ultrastructural Localization of Surface Receptors on Mononuclear Cells by Scanning and Transmission Electron Microscopy. Journal of the Polish Oncological Society Nowotwory Suppl. pg.12, 1990.

Eastman A, Morris S, Simich JP, Duceman BW. Forensic Validation of Rapid Screening Tests for Prostate Specific Antigen (PSA). American Academy of Forensic Sciences, 1999.

## Covers:

Bielat KL, Simich JP, Ambrus JL, Halpern J, Donohue TM, Wirth J, Meenaghan MA. Immunotherapy: A Future Direction for Some Blood Banks and Transfusion Services. Newsletter and Journal of the Blood Banks Association of New York State, Inc. Vol. 23(3/4):Cover and pg.2, 1989.

## Posters:

Stegmeier, S, Diakun, K, Simich, JP. Use of PSA for Semen Identification in Rape Cases. Society of the Sigma Xi. Student Research Competition. April 23, 1996.

## Contributing Data:

Word, CJ, Sawosik, TM, Bing, DH. Summary of Validation Studies from Twenty-Six Forensic Laboratories in the United States and Canada on the Use of the AmpliType PM PCR Amplification and Typing Kit. Presented at (1) The Fifth International Symposium of Human Identification 1994, sponsored by Promega Corporation and (2) The 47th Annual Meeting of the Academy of Forensic Sciences, 1995. The Journal of Forensic Sciences, 1997; 42(1): 39-48.

Bing, DH, Sawosik, TM and Word, CJ. Assay performance Results with the AmpliType PM PCR Amplification and Typing Kit on DNA Mock Casework, Adjudicated/Nonprobative Casework, and proficiency panels from 21 Forensic Laboratories in the United States and Canada. Crime Laboratory Digest Fall 1996; 23(2): 27-45.

Titus, K. DNA: The new judge and jury? CAP Today; September 1998; 12(9): 32-44.

## Invited Presentations:

Page 10 of 13

Case 2:97-cr-00098-JPS   Filed 03/16/16   Page 9 of 12   Document 2154-5

Serological Evidence and the Forensic Laboratory. Erie Community College. October 30, 1990.

The Use of DNA and RFLP Analysis in Forensic Science. Western New York Science Forum. October 31, 1990.

Basic DNA and Its Forensic Application. Erie Community College. October 15, 1991.

Forensic Application of PCR Technology. Empire State Association for Medical Technology. April 21, 1994, Buffalo, New York.

Forensic Application of DNA Typing. Western New York Chapter of the American Chemical Society. February 23, 1995, Amherst, New York.

Update in Forensic Science. Niagara Frontier Chapter of Clinical Laboratory Science. March 12, 1997, Buffalo, New York.

Applications and Case Studies in Forensic Science. The New York State Society for Clinical Laboratory Science. April 23, 1998, Amherst, New York.

Western New York Science and Technology Forum. Horizons of the Sciences 1999/2000. October 13, 1999, SUNY at Buffalo, New York.

DNA as Evidence. Police Crime Scene Evidence Specialist Course. Erie County Central Police Services Training Academy. June 7, 2000, Amherst, New York.

Career Panel: Alternative choices for a Clinical Laboratory Science degree. Niagara Frontier Chapter of Clinical Laboratory Science, October 11, 2000. Buffalo, New York.

Review of Collection and Handling of Evidence of the Rape Victim in the Emergency Department. April 12, 2001, Veterans Hospital, Buffalo, New York.

Basic Criminal Investigation Course, DNA section. Erie County Central Police Services Training Academy. June 4, 2001, Buffalo, New York.

Native American Survivors of Sexual Assault, Sexual Assault Evidence Handling. Native American Community Center. August 2, 2001, Buffalo, New York.

DNA as Evidence. Police Crime Scene Evidence Specialist Course. Erie County Central Police Services Training Academy. May 15, 2002, Buffalo, New York.

DNA Technology and Databank Update for Prosecutors and Investigators. Erie Community College. May 29, 2002, Buffalo, New York.

SANE Training Program. Sexual Assault Evidence Collection and Handling. Erie Community College. February 7, 2003.

New York State Association of County Coroners and Medical Examiners Spring 2003 Conference. Interaction of the Forensic Laboratory in the Identification of Unknown Remains and Victims of Violent Crimes. April 5-6, 2003, Buffalo, New York.

The Forensic Education Project. SUNY at Buffalo, Center for Tomorrow. Advances in Technology, Forensic Evidence and Chain of Custody Issues. November 18, 2003.

Responding to Sexual Assault Conference. SUNY at Buffalo, Center for Tomorrow. DNA Databank. April 7, 2005.

NALS 54th Annual Education Conference and National Forum. CSI Buffalo Seminar, Buffalo, NY. October 22, 2005.

New York Prosecutor's Training Institute. DNA for the Prosecutor. Buffalo, NY. November 16, 2005.

DNA for Detectives Course. NYS-DCJS. Buffalo, NY. May 11-12, 2006.

West Seneca Science Teachers C.E. Presentation. Hamburg, NY. May 18, 2006.

DNA Evidence Recognition, Collection and Preservation for Law Enforcement. Jamestown, NY, September 12, 2007.

DNA Evidence Recognition, Collection and Preservation for Law Enforcement. Corning, NY, September 18, 2007.

DNA Evidence Recognition, Collection and Preservation for Law Enforcement. Sanborn, NY, September 26, 2007.

DNA Evidence Recognition, Collection and Preservation for Law Enforcement. Plattsburgh, NY, October 10, 2007.

DNA Evidence Recognition, Collection and Preservation for Law Enforcement. Amherst, NY, November 30, 2007.

DNA Evidence Recognition, Collection and Preservation for Law Enforcement. Corning, NY, July 2, 2008.

Crime Scene Evidence Specialist Course. Buffalo, NY, July 18, 2008.

DNA Evidence Recognition, Collection and Preservation for Law Enforcement. Buffalo, NY, August 25, 2008.

DNA as Evidence. Police Crime Scene Evidence Specialist Course. Erie County Central Police Services Training Academy. Amherst, NY, October 23, 2008.

DNA Evidence Recognition, Collection and Preservation for Law Enforcement. Buffalo, NY, March 26-27, 2009.

New York Prosecutor's Training Institute. DNA for the Prosecutor. West Point, NY, April 21, 2009.

DNA Evidence Recognition, Collection and Preservation for Law Enforcement. North Tonawanda, NY, December 9, 2009.

DNA Evidence Recognition, Collection and Preservation for Law Enforcement. North Tonawanda, NY, January 20, 2010.

DNA Evidence Recognition, Collection and Preservation for Law Enforcement. Buffalo, NY, January 21, 2010.

DNA for Prosecutors. Erie County District Attorney's Office, Buffalo, NY, February 12, 2010.

Crime Scene Evidence Specialist Course. Forensic Science and DNA topics. Amherst Police Department. May 13, 2010.

DNA Evidence Recognition, Collection and Preservation for Law Enforcement. Buffalo, NY, December 16, 2010.

Sexual Assault Evidence and Domestic Violence in the Emergency Room. Catholic Health Systems Continuing Education Program. Cheektowaga, NY, April 27, 2011.

Crime Scene Evidence Specialist Course. Forensic Science and DNA topics. Amherst Police Department. June 14, 2011.

DNA for Federal Prosecutors. US Attorney's Office, Western District. Genesee Community College, Batavia, New York. June 8, 2012.

DNA as Evidence. Police Crime Scene Evidence Specialist Course. Erie County Central Police Services Training Academy. Amherst, NY, October 4, 2012.

Crime Scene Evidence Specialist Course. Forensic Science and DNA topics. Amherst Police Department. May 31, 2013.

Heroin Summit. Erie County Health Department. Fire Training Academy. April 4, 2014.

Crime Scene Evidence Specialist Course. Forensic Science and DNA topics. Amherst Police Department. June 5, 2014.

STRmix Training-Washington D.C Crime Lab. August 24-26, 2015

STRmix Implementation Review Panel. Washington D.C. Crime Lab. October 30, 2015.