

# CURRICULUM VITAE

**Name**: Sung-ook Baik

**Address**:

    **2800 Braden Avenue**
    **Stonebridge APT #7**
    **Modesto, California 95356**
    **Telephone: (209) 534-7789**
    **Office;(209) 567-4507**

**Licenses**:

    State of California
    State of New York ( inactive )
    State of Indiana ( inactive )
    State of Michigan ( inactive )

**Board of Certification**:   Forensic Pathology
                                   Anatomical Pathology

**Education**:    Kyungpook National University School of Medicine
                  Taegu, Korea--------1970

**Postgraduate Training**:

           **Forensic Pathology**
           Wayne County Medical Examiners Office
           Detroit Michigan----------1981-1982

           **Neuropathology**
           University of Rochester
           Strong Memorial Hospital
           Rochester, New York--------1979-1981

           **Anatomical and Clinical Pathology**
           St. Joseph's Hospital
           Fort Wayne, Indiana---------1974-1979

           **Straight Internship in Medicine**
           Dongsan Presbyterian Hospital
           Taegu, Korea----------------1973-1974

Received Time Mar. 11. 2016 2:50PM No. 2906



EXHIBIT

E

PENGAD 800-631-6989

**Practice of Medicine**:

        **Forensic Pathologist in Stanislaus County**
        **Modesto, California----2007---present**

        **Associate Chief Medical Examiner**
        Erie County Medical Examiners Office
        Buffalo, New York------------1982-2007

        **Consultant Forensic Pathologist**
        Niagara, Chautauqua, and Cattaraugus County--1982-2007

        **Military Physician in Korean Army-----1970-1973**

**Teaching Appointment**: **Assistant Clinical Professor**
        State University of New York at Buffalo
        School of Medicine--------1984-2007

**Awards and Honors**:  Erie County Executive Office----1999

**Professional Society Membership**: College of American Pathologists
        National Association of Medical Examiners

**Publication:**

**Traumatic Arterio-Venous Malformation after Shotgun Wound to the Chest**
American Journal of Medicine and Pathology, 1984

**Fatal in Utero Salicylism**
American Journal of Forensic Science, 1985

**Seat Belt injuries to the Left Common Carotid Artery
and Left Internal Carotid Artery**
American Journal of Forensic Medicine and Pathology, 1988

**Sado-Masochistic Death During Abnormal Sexual Behavior**
American Journal of Forensic Medicine and Pathology, 1988

**External Beveling of the Entrance Gunshot Wound to the Head**
American Journal of Forensic Medicine and Pathology, 1991

**Letter to the Editor about External Beveling of the
Entrance Gunshot Wound to the Skull**
American Journal f Forensic Medicine and Pathology, 1993