# CURRICULUM VITAE

Guy R. Morice, Senior Special Agent Retired (01/2003)
United States Department of the Treasury
Bureau of Alcohol, Tobacco and Firearms

## PERSONAL DATA

Place of Birth: Utica, New York

## EDUCATION

Bachelor of Science, 1968
Criminal Justice Administration & Sociology
Central Missouri State University
Warrensburg, Missouri

Criminal Justice Administration
Graduate Studies 1971 – 1973
Graduate Teaching Assistant
Central Missouri State University
Warrensburg, Missouri

## MILITARY

United States Army 1968 – 1971

Leadership Orientation Course
Basic Combat Training
Fort Leonard Wood, Missouri

Military Police School
Fort Gordon, Georgia

EXHIBIT G

# PREVIOUS FIELD OF ACTIVITY

Law Enforcement Coordinator 1973 – 1976
Region 15, Clinton, Missouri
Missouri Law enforcement Assistance Council funded
By U.S. Department of Justice
Law Enforcement Assistance Administration (LEAA)

Special Agent/Certified Explosives Specialist
United States Department of the Treasury
Bureau of Alcohol, Tobacco and Firearms
Chicago Field Division
1976 to Retirement in 2003

**Previous Duties**

**1976 to 1990**

Assigned to various posts of duty in the Chicago Field Division.

Duties involved the investigation of violations of the Federal laws pertaining to the unlawful possession of firearms and explosives by prohibited persons; the unlawful use of firearms and explosives; the possession, distribution, manufacture of machine guns, silencers, explosive devices, or any activity deemed illegal by the Federal firearms, explosives and arson statutes; conducted training for ATF personnel as well as state and local personnel; conducted training for other public and private entities; conducted pre-employment background investigations for ATF personnel;.

**1991 to 2003**

Assigned to the Chicago Field Division, Oakbrook III (Explosives) Post of Duty. Believed to be the only such explosives exclusive dedicated Post of Duty within ATF.

Duties involved the investigation of all federal explosives laws coming under the jurisdiction of ATF; respond to all explosions within the Chicago Field Division; conduct post blast scene processing and evidence handling for ATF and for local agencies; conduct post blast investigation for and with local agencies; provide court testimony when necessary for ATF and local agencies; safely handle and store all explosives materials and explosive evidence obtained by the Chicago Field Division; maintain proper explosives storage magazines; assist state and local bomb squads with their missions; conduct pre-employment background investigations for ATF personnel; conduct training for ATF personnel as well as state and local personnel; conduct training for other public and private entities; conduct disposal operations for abandoned, seized, deteriorated, and adjudicated explosive materials; maintain equipment necessary to conduct proper and safe post blast scene processing; maintain equipment necessary for proper and safe disposal and training operations and demonstrations.

Special Agent Morice has conducted hundreds of firearms and weapons investigations, as well as assisting in the investigations of other agents.

Special Agent Morice has conducted numerous ATF pre-employment background investigations as well as background investigations for "Relief From Disabilities".

Special Agent Morice has conducted many post blast scene processing operations.

Special Agent Morice has conducted many disposal and demonstration operations.

Special Agent Morice has participated in hundreds of explosives investigations of his own and assisting other agents.

Special Agent Morice has testified numerous times in Federal and State Court proceedings to include warrant affidavits, Grand Jury proceedings, preliminary and detention hearings, suppression hearings, and in trials – bench and jury.

Special Agent Morice has given expert testimony regarding explosives matters in four Federal jurisdictions and seven State jurisdictions.

## OTHER ASSIGNMENTS

Explosives Magazine Custodian
1978 to Retirement

Presidential Candidate Protection
United States Secret Service
1980, 1984, 1988, 1996, 2000

Firearms Instructor
1983 to 1997

United Nations Detail
United States Secret Service
United States Department of State
1985

Illinois Governor's Task Force
Fireworks Legislation
1993

Palatine Illinois Investigative Task Force
Five victim homicide
1993

Chicago Field Division
Division Response Team (Explosives)
1994 to Retirement

Member EOD Response Team
World Cup Soccer Competition
in Chicago
1994

ATF Representative
EOD and HazMat Committee
1996 Democratic National Convention
in Chicago
(12/95 to 08/96)

Select Workshops
Certified Explosives Specialist Program
Evaluate Standards and Rewrite Course
1998 and 1999

## CURRENT FIELD of ACTIVITY

Instructor
Post Blast Investigation Training
United States Department of State
Diplomatic Security Training
Fort AP Hill, Virginia
2003 to 2012

C & G Services
Training and Consulting
Explosives and Post Blast Investigation Training
Contract Training as Requested
2003 to Present

Contractor
Special Investigator
Background Investigations
Bureau of Alcohol, Tobacco, Firearms and Explosives
2007 to Present

Board of Directors
Kendall County Crime Stoppers
Yorkville, Illinois
2013 to Present

Criminal Justice Advisory Board
University Central Missouri
Warrensburg, Missouri
2014 to Present

# PROFESSIONAL CERTIFICATIONS

Certified Explosives Specialist (CES)
United States Department of the Treasury
Bureau of Alcohol, Tobacco and Firearms

Certified Explosives Handler
Certified Destroyer of Explosives
Certified Explosives Instructor
United States Department of the Treasury
Bureau of Alcohol, Tobacco and Firearms
(All three are obsolete predecessors of the CES rating)
Fire Investigator
Modules I & II
University of Illinois
Fire Service Institute

Fire Investigator
Module III
University of Illinois
Fire Service Institute

International Society of Explosives Engineers
Level 1: Practical Blasting Fundamentals
Fort A. P. Hill, Virginia

# PROFESSIONAL ORGANIZATION MEMBERSHIPS

International Association of Bomb Technicians and Investigators
1988 to Present

International Association of Bomb Technicians and Investigators
Northern Illinois Chapter
Original Membership Group
2001 to Present

Great Lakes Bomb Tech Association
Chicagoland Area
Original Membership Group
1982 to Present

Fraternal Order of Police
1996 to Present

Illinois Sheriff's Association
1996 to Present

# BASIC TRAINING

Criminal Investigator School
Federal Law Enforcement Training Center
Glynco, Georgia
1976

ATF New Agent Training
Federal Law Enforcement Training Center
Glynco, Georgia
1977

# ADVANCED TRAINING

Explosives Taggant Training
Bureau of Alcohol, Tobacco and Firearms
Chicago Field Division
1978

Dignitary Protection School
United States Secret Service
Chicago, IL
1980

Explosives Handler Course
Bureau of Alcohol, Tobacco and Firearms
Peoria, Illinois
1980

Explosives Destroyer Course
Bureau of Alcohol, Tobacco and Firearms
Peoria, Illinois
1980

Explosives Instructor Course
Federal Law Enforcement Training Center
Glynco, Georgia
1984

Advanced Undercover School
Bureau of Alcohol, Tobacco & Firearms
Glynco, Georgia
1985

Firearms Instructors Course
Illinois Police Training Institute
Champaign, Illinois

1985

ATF and Army EOD Joint Training
Fort McCoy, Wisconsin
1985

Terrorism in America
Oakbrook Terrace, Illinois
1985

ATF Explosives Specialist Certification
Federal Law Enforcement Training Center
Glynco, Georgia
1987

ATF Explosives Specialist Recertification
Fort McCoy, Wisconsin
1991

ATF Explosives Specialist Recertification
Fort Leonard Wood, Missouri
1992

Improvised Explosive Devices
United States Navy EOD School
Indianhead, Maryland
1992

Fire Investigator Modules I & II
University of Illinois
Fire Service Institute
Burr Ridge, Illinois
1993

Fire Investigator Module III
University of Illinois
Fire Service Institute
Burr Ridge, Illinois
1993

ATF Explosives Specialist Recertification
Rapid City, South Dakota
1994

ATF Explosives Specialist Recertification
Bureau of Alcohol, Tobacco and Firearms
National Center for Domestic Preparedness
Fort McClellan, Alabama
1996

Regional Training Conference
International Association of Bomb Technicians and Investigators
Region 3
Naperville, Illinois
1996


DIPOLE MIGHT Large Vehicle Bomb Study #21
Bureau of Alcohol, Tobacco and Firearms
White Sands Missile Range
New Mexico
1997


Hazardous Materials Incident Response Operations
U.S. Environmental Protection Agency
Cincinnati, Ohio
1997


ATF Explosives Specialist Recertification
Bureau of Alcohol, Tobacco and Firearms
National Center for Domestic Preparedness
Fort McClellan, Alabama
1997


Chemistry of Pyrotechnics and Explosives
Bureau of Alcohol, Tobacco and Firearms
Washington, DC
1998


International Training Conference
International Association of Bomb Technicians and Investigators
Biloxi, Mississippi
1999


Nuclear Emergency Situation Training
U.S. Department of Energy
Glenview, Illinois
1999


ATF Explosives Specialist Recertification
Bureau of Alcohol, Tobacco and Firearms
National Center for Domestic Preparedness
Fort McClellan, Alabama
1999


SEMTEX 99
Federal Aviation Administration and ATF
Rosemont, Illinois
1999

International Training Conference
International Association of Bomb Technicians and Investigators
Melbourne, Australia
2000

Regional Training Conference
International Association of Bomb Technicians and Investigators
Region 3
Cedar Rapids, Iowa
2000

Regional Training Conference
International Association of Bomb Technicians and Investigators
Region 3
St. Louis, Missouri
2001

ATF Explosives Specialist Recertification
Bureau of Alcohol, Tobacco and Firearms
Fort A. P. Hill
2001

Advanced Explosives Destruction Techniques
Bureau of Alcohol, Tobacco and Firearms
Fort A. P. Hill, Virginia
2002

Regional Training Conference
International Association of Bomb Technicians and Investigators
Region 3
Indianapolis, Indiana
2002

Regional Training Conference
International Association of Bomb Technicians and Investigators
Region 3
Downers Grove, Illinois
2008

Regional Training Conference
International Association of Bomb Technicians and Investigators
Region 3
Omaha, Nebraska
2010

# INSTRUCTION PROVIDED

Special Agent Morice has provided training/presentations on approximately 325 occasions to a wide variety of Federal, State, and local law enforcement agencies; fire departments; public and private security forces; public and private professional organizations; educators; student groups; corporate gatherings; civic organizations; and a number of other audiences throughout the United States.

Listed below are some examples:

- Amoco Oil Company Security, Chicago, Illinois
- Northeast Metropolitan Enforcement Group, DuPage County, Illinois
- International Association of Arson Investigators
- Worldwide Aviation and Security Conference, Chicago, Illinois
- Federal Emergency Management Agency, Chicago, Illinois
- McDonald's Hamburger University, Oak Brook, Illinois
- Schiller Park, Illinois Police and Fire Departments
- Hammond, Indiana FOP
- U. S. Treasury Internal Revenue Service, Chicago, Illinois
- Security Link Corporation
- West Suburban Detectives Association, Hillside, Illinois
- U.S. Drug Enforcement Administration, Chicago, Illinois
- FBI Post Blast Training, Chicago and Rockford, Illinois
- Wauconda, Illinois Police Department
- Bank of America, Chicago, Illinois
- U.S. Customs Service Law Enforcement Explorer Scouts, Chicago, Illinois
- Maywood, Illinois Park District Police
- United Airlines
- Libertyville, Illinois Fire Department
- Metra Railway Police, Chicago, Illinois
- Polaroid Corporation
- Monmouth, Illinois Police and Fire Departments
- Illinois State Police
- Motorola Corporation, Harvard and Libertyville, Illinois
- Oneida County Arson Task Force, Utica, New York (2 occasions)
- Missouri Association of Arson Investigators, Joplin, Missouri
- International Association for Identification, Willowbrook, Illinois
- Bureau of ATF, Glynco, Georgia, State and Local Advanced Explosives Investigative Techniques (AEIT) (13 occasions)
- U.S. State Department, and Bureau of ATF, Glynco, Georgia, International Post Blast Investigation (IPBI) (2 occasions)
- Office of the United States Attorney – Central District of Illinois – First Responder Training (8 occasions)
- University of Illinois, Fire Service Institute (20 occasions)
- Bureau of Alcohol, Tobacco and Firearms, Glynco, Georgia New Agent Training
- Bureau of Alcohol, Tobacco and Firearms, Fort A. P. Hill, Virginia

Explosives Certification and Recertification
- Illinois Crime Commission
- Illinois Emergency Management Agency
- Dresden Nuclear Power Plant, Morris, Illinois
- Chicagoland Chamber of Commerce
- Northeast Multi Regional Police Training, Aurora, Illinois
- ATF Post Blast School, Fort Leonard Wood, Missouri
- Sears, Hoffman Estates, Illinois
- Illinois Appellate Court, Second Circuit, Elgin, Illinois
- Coal City Illinois Board of Education
- National Asian Peace Officers Association Conference, Chicago, Illinois
- Securetex Corporation, Oak Lawn, Illinois
- West Chicago, Illinois Police Department
- Chicago Field Division Explosives Response Team
- Chicago Police Academy
- U. S. Probation Service, Glen Ellyn, Illinois

## AWARDS AND HONORS

Special Achievement Award
Bureau of Alcohol, Tobacco and Firearms
1987

Employee of the Quarter
Chicago Field Division
1987

Several "On the Spot" Awards
Bureau of Alcohol, Tobacco and Firearms
1995 to 2002

Albert Gallatin Award
for
Commendable Service
United States Department of the Treasury
Presented upon Retirement
January 2003

## OTHER

Security Clearance
Bureau of Alcohol, Tobacco, Firearms and Explosives
Updated 2012

**Updated 03-2016**

Revised 07/13/2015