# STATEMENT OF QUALIFICATIONS

Wisconsin State Crime Laboratory-Milwaukee                    Date Revised: July 5, 2011

Name: **Reginald H. Templin**                    Job Title: Forensic Scientist- Unit Leader
                                                              Firearms And Toolmark Section

Discipline: Indicate all areas in which you do casework (or in which you are being trained to do casework)

| | | | |
|---|---|---|---|
| N/A | Controlled Substances | N/A | DNA |
| N/A | Toxicology | X | Firearms/Tool Marks |
| N/A | Trace Evidence | N/A | Questioned Documents |
| N/A | Serology | N/A | Latent Prints |
| N/A | Photography | N/A | DNA Databank |
| N/A | Computer Seizure | N/A | Field Response |
| N/A | Management | | |

List all subdisciplines in which you do casework (or in which you are being trained to do casework)

## Education: List all higher academic institutions attended.

| Name | Dates Attended | Major | Degree Completed |
|---|---|---|---|
| College in Missouri | 6 hrs.; 1975 | | |
| | | | |

## Other Training: List continuing education, workshops, in-service and other formal training received.

Kansas City Police Academy, Kansas City, Missouri; 1975

Evidence Technician Training program sponsored by Kansas City Police
Department and Kansas City Police Department Crime Laboratory - 120 hrs, 1975

Locksmith Institute, Little Falls, New Jersey; 1977-1978; graduate

Bomb Scene Investigation course sponsored by the Department of Treasury,
Alcohol, Tobacco and Firearms Bureau along with the U.S. Army EOD team; 1977

Gunpowder and Primer Residues (Distance Determinations) course held at FBI
Academy, Quantico, Virginia; 1975



Completed a program in the proper care and maintenance of Smith & Wesson revolvers and automatics held at the factory and away from the factory in the field; 1976, 1987 & 1991

Completed the Drugfire data image open case file training in 1995.

Completed the New NIBIN System (Ibis) training in Largo FL in 2002.

## Courtroom Experience:
List the discipline(s) in which you qualified to testify as an expert witness and indicate over what period of time and approximately how many times you have testified in each discipline.

Firearms & Tool Marks, Missouri, Illinois and Wisconsin - 04/1974 to Present approx. 300 times.

## Professional Affiliations:
List any professional organizations of which you are or have been a member. Indicate any offices or other positions held and the date(s) of these activities.

Past 2nd Vice President of AFTE.

Treasurer of the Association of Firearm & Tool Mark Examiners (AFTE) and on the Board of Directors; 1990-1996.

Nominating Committee in AFTE 1986-1989

Distinguished Life member AFTE

Past member of the Missouri Division of the International Association for Identification; 1974-1975

Life member of the National Rifle Association

## Employment History:
List all scientific or technical positions held, particularly those related to forensic science. List current position first. Give a brief summary of principal duties and tenure in each position.

(1)　Job Title:　Firearm & Tool Mark Examiner / Section Unit Leader
　　　　　　　　　　　　　　　　Dates: 1999 to Present
　　Besides working cases and testifying as a Firearm & Tool Mark Examiner I supervise the day to day operation of the section as well as any training of the people within the section.

(2)　Job Title:　Forensic Scientist- Firearm & Tool Mark Examiner
　　　　　　　　　　　　　　　　Dates: 1982 to Present
　　Employer:　State Crime Laboratory-Milwaukee
　　Principal Duties:

　　As a Firearm and Tool Mark Examiner I receive, receipt, examine and report on firearms and firearm related evidence. I examine and report on toolmark cases (matching items containing marks made with tools). My duties also include serial number restorations. I also conduct

distance determinations with firearms.

My duties also include assisting in processing crime scenes and or responding to the scene at the request of the District Attorney to render firearms interpretation.

My duties also include speaking before police officers or detectives on the safe handling, collecting and preservation of firearms and toolmark evidence. Similar type talks and or lectures are also given at colleges and technical schools in Wisconsin.

Other duties include administrative type duties normally associated with working in the firearms section of the laboratory as the Firearm & Tool Mark Section Unit Leader. I am in charge of the Administrative portions of the Firearms Section and any changes made in Firearms & Tool Marks in the Milwaukee Lab. I report to my supervisor and the Director of the Laboratory.

Our laboratory, including the firearm and toolmark section is accredited.

(3)     Job Title:     Firearm & Toolmark Examiner             Dates: 1976-1981
       Employer:     Northern Illinois Police Crime Laboratory, Highland Park, Illinois
       Principal Duties:

I was in charge of the firearm and toolmark section at the laboratory. As a Firearm and Toolmark Examiner I received, receipted, examined and reported on firearms and firearm related evidence. I examined and reported on toolmark cases (matching items containing marks made with tools). My duties also included serial number restorations. I also conducted distance determinations with firearms.

My duties included assistance in processing crime scenes and or responding to the scene at the request of the District Attorney to render firearms interpretation.

My duties also included speaking before police officers or detectives on the safe handling, collecting and preservation of firearms and toolmark evidence. Similar type talks and or lectures were also given at colleges and technical schools.

Other duties included administrative type duties normally associated with working in the firearms section of the laboratory.

(4)     Job Title:     Firearm & Tool Marks Examiner           Dates: 1974-1976
       Employer:     Kansas City Police Dept. Regional Crime Laboratory
       Principal Duties:

As a Firearm and Toolmark Examiner I received, receipted, examined and reported on firearms and firearm related evidence. I examined and reported on toolmark cases (matching items containing marks made with tools). My duties also included serial number restorations. I also conducted distance determinations with firearms.

My duties included assistance in processing crime scenes and or responding to the scene at the request of the District Attorney to render firearms interpretation.

My duties also included speaking before police officers or detectives on the safe handling,

collecting and preservation of firearms and toolmark evidence. Similar type talks or lectures were also given at colleges and technical schools. This type of speaking and/or training given is on going when ever needed or requested.

Other duties included administrative type duties normally associated with working in the firearms section of the laboratory. This was especially true when my immediate supervisor is absent.

(5)  Job Title:   Assistant Firearm & Tool Mark Examiner          Dates: 1971-1974
     Employer:   Chicago Police Department Crime Laboratory
     Principal Duties:

The duties here were under the direct supervision of the Firearms Supervisor and the firearms and toolmark examiners.

It was in the Chicago Police Department Laboratory that many skills and techniques were acquired which grew and expanded. The last year before leaving Chicago I worked the day shift and sometimes stayed until 10 in preparation for my assignment with Kansas City Missouri Police Department as a Firearm & Tool Mark Examiner.

Other Qualifications: List below any scientific publication(s) and/or presentation(s) you have authored or co-authored, research in which you are or have been involved, academic or other teaching positions you have held, and any other information which you consider relevant to your qualification as a forensic scientist.

Co Sponsor of the 1996 AFTE Meeting in Milwaukee 13 July thru 19 July, 1996.

ARTICLES AUTHORED

"Unusual Firearm"; AFTE Journal; 1976
"Knife Pistol"; AFTE Journal; 1979
"A Safe Tool Mark"; AFTE Journal; 1980
"Super Vel Ammunition Plant"; AFTE Journal; 1983
"Super Vel Ammunition Update"; AFTE Journal; 1985
"Manufacture of MIO SMG Receiver"; AFTE Journal; 1985

ARTICLES CO-AUTHORED

"Some Disinfectants Cause Positive Reaction to Griess Test"; AFTE Journal; 1983
"Evaluation of the Effects of Super Glue Processing on Pistol & Revolver Trigger        Pulls"; AFTE; 1988
"Evaluation of the Effects of Super Glue Processing on Pistol & Revolver Trigger
  Pulls"; Journal of Forensic Identification; 1988
Provided the firearms technical expertise on two (2) articles written by the Dept. of Neurosurgery, Medical College of Wisconsin.

Case 2:97-cr-00098-JPS   Filed 03/16/16   Page 4 of 6   Document 2154-8
Page 4 of 6

FACILITIES TOURED RELATIVE TO FIREARMS/TOOL MARKS

Super Vel
Boots Obermeyer (manufacture of proof-type test barrels)
Owatana Tool Company of Minnesota
Enderes Tool Company of Minnesota
Briggs & Stratton (both engine and auto locks)
Harley Davidson
Continental Can (aluminum soda and beer cans)
Art Institute of Chicago gun collection (earlier versions)
Aberdeen Proving Grounds gun collection in Maryland
Amron Ammo Factory
Snap-On Tools
Master Padlock
International Cartridge Collectors Shows
Janesville GM Auto & Truck Plant
Benjamin, Sterling, Sheridan & Power Master Air Guns
Illinois Arms Company Manufacture (Ilarco 180, full auto)
Forensic Ammunition Service Facility
Smith & Wesson
Colt
Milwaukee Public Museum collection of firearms (earlier versions to present) Also worked on the collection guns including the Gatling gun.
It should be noted that the training in the Firearms Section is on going and we try to visit facilities connected with the work as often as possible. I also try to keep up with new products with the magazines, articles and papers received in not only the Firearms Section but the Laboratory. The computer is also great in Firearms.

OTHER LABORATORY RELATED TRAINING & OR QUALIFICATIONS

04/11/86- Attended International Cartridge Collectors Cartridge show in Oakbrook IL.
04/27/86- Attended AFTE Meeting in Baltimore MD.
06/20/86- Inter Lab. Meeting at Chicago Laboratory in Chicago IL.
02/16/87- Attended Smith & Wesson Armourers School, semi-automatic pistols in Northbrook IL.
04/24/87- Attended International Cartridge Collectors Cartridge show in Oakbrook IL.
02/16/88- Toured Illinois Arms Co in Itasca IL.
06/12/88- Attended AFTE Meeting in Itasca IL.
04/01/89- Attended AFTE Meeting in Virginia Beach VA.
06/16/90- Attended AFTE Meeting in Omaha NE.
11/09/90- AFTE Board of Directors Meeting in Houston TX.
06/08/91- Attended AFTE Meeting in Houston TX.
06/24/91- Attended Smith & Wesson Armourers School, semi-automatic pistols in Milwaukee WI.
11/08/91- AFTE Board of Directors Meeting in Miami FL.
04/27/92- Attended AFTE Meeting in Miami FL.
08/26/92- Attended E-Mail training by DOJ Bur. Of Computing Services in Milwaukee Lab.
10/16/92- AFTE Board of Directors Meeting in Raleigh NC.
05/15/93- Attended AFTE Meeting in Raleigh NC.
11/05/93- AFTE Board of Directors Meeting in Indianapolis IN.
06/04/94- Attended AFTE Meeting in Indianapolis IN.

04/19/95- Inservice Training, toured Rock Islnad Arsenal in Rock Island IL.
04/21/95- Drugfire Training with IL State Crime Lab in Broadview IL.
06/03/95- Attended AFTE Meeting in San Diego CA.
07/15/96- Hosted 1996 AFTE Meeting here in Milwaukee WI.
11/01/96- AFTE Board of Directors Meeting in Annapolis MD.
12/13/96- Attended Drugfire Users Group Meeting in Chicago IL.
12/11/97- Attended Drugfire Users Group Meeting in Chicago IL.
01/01/98- Attended class on NT Fundamentals by PC Productivity in Brookfield WI.
01/01/98- Attended class on Word 97 by PC Productivity in Brookfield WI.
04/01/98- Attended class on Outlook 97 by PC Productivity in Brookfield WI.
02/01/99- Received Beast Training by Porter Lee in Milwaukee WI.
09-08-08 thru 09-10-08- Received in house training on Understanding ISO and Internal
   " " "   Audit Class- Instructor Randy Robins.
10/18/11- Received ethics training in the Laboratory here in Milwaukee by video. Video was Ethics in the Forensic Sciences by Dan Gunnell.

1-3-13 - RETIRED.