March 10, 2016

**Name:** Kevin A. Judge

**Employment:** Lake County Police Department
2293 North Main Street
Crown Point, Indiana 46307

**Length of employment:** 40 years

**Rank:** Deputy Commander

**Assignment:** Lake County Police CSI Unit
2900 West 93rd Avenue
Crown Point, Indiana 46307

**Current Title:** CSI Unit Manager
**Length of assignment:** 5 Years

**Previous Title:** Senior Firearms Examiner
**Length of assignment:** 22 years

**Education:** Indiana University, BGS 1997
Bachelor of General Studies
(Concentration in Criminal Justice)

**Training in Firearms and Tool Mark Examination:**

Trained under the direction of Lt. Jay Gauither, then the senior Firearms and Tool Mark Examiner and Lab Manager of the Lake County Police Crime Laboratory, on a day-to-day basis. During the training period, numerous books, journals and periodicals on the subject were read. Also working along with Lt. Gauither on his casework and working on assigned practice casework was conducted during the training period. Assigned for two weeks to the Indiana State Police Crime Laboratory, 1550 East 181st Avenue Lowell, Indiana 46356, in their Firearms Section under the direction of 1st Sgt. Jerry Wilder Lab Manager and Firearms Examiner and trained with Sgt. Denny Trigg Firearms Examiner.

**Length of Training Period:** 1 year

**Recognized as an expert witness in Firearms Identification in the following Courts:**

- State of Indiana, Lake County 31st Judicial Circuit, Superior Court of Lake County, Criminal Division Room 1, 2, 3, and 4 in Crown Point, Indiana
- State of Indiana, County of Lake, Lake Superior Court, Juvenile Division Room 6 in Gary, Indiana
- State of Indiana, County of Porter, Porter Superior Court in Valparaiso, Indiana
- State of Indiana, County of Allen, Allen Superior Court in Fort Wayne, Indiana
- United States District Court, Northern District of Indiana in Hammond, Indiana

EXHIBIT I

March 10, 2016

**Number of Firearms Examiner Testimonies:** 153

**Number of Firearm Cases Worked:** 746

**Professional Membership:**

- AFTE (Association of Firearm and Tool Mark Examiners)

**Occasional Lectures on Firearms Evidence and Examination:**

- Forensic Science class at Indiana University Northwest in Gary, Indiana
- CSI Unit Technicians class at the Lake County Police CSI Unit in Crown Point, Indiana
- Firearms Evidence class at the Northwest Indiana Law Enforcement Academy in Gary, Indiana
- Annual Career Day presentation at Lowell High School in Lowell, Indiana
- Lectures given to University Students and High School Students on site at the Lake County Police CSI Unit in Crown Point, Indiana

Respectfully,

_____

Deputy Commander Kevin A. Judge
CSI Unit Manager
Lake County Sheriff's CSI Unit
Lake County Police Department

**Telephone:** (219)-755-3340
**E-mail:** kjudge@lakecountysheriff.com