# UNITED STATES DISTRICT COURT

## PROPOSED EXHIBIT AND WITNESS LIST

**EASTERN**     **DISTRICT OF**     **WISCONSIN**

UNITED STATES OF AMERICA

v.

RANDY YAGER

# EXHIBIT AND WITNESS LIST

Case Number:    97-CR-98-JPS

| Presiding Judge<br><br>J.P. Stadtmueller | Plaintiff's Attorneys<br>Carol L. Kraft<br>Scott J. Campbell<br>Laura S. Kwaterski | Defendant's Attorneys<br><br>Steve Hurley | | | |
|---|---|---|---|---|---|
| Trial Date(s)<br>April 5, 2016 | Court Reporter | Courtroom Deputy | | | |
| **Plf. No.** | **Def. No.** | **Date Offered** | **Marked** | **Admitted** | **DESCRIPTION OF EXHIBITS AND WITNESSES** |
| 0 -1 | | | | | Outlaw 1% Creed |
| 0–2A | | | | | Photo of Outlaws Annotated |
| 0–2B | | | | | Photo of Outlaws |
| 0–3A | | | | | Photo of Outlaws |
| 0–3B | | | | | Photo of Outlaws |
| 0–3C | | | | | Photo of Outlaws |
| 0–3D | | | | | Photo of Outlaws |
| 0–3F | | | | | Photo of Outlaws |
| 0–3G | | | | | Photo of Outlaws |
| 0-4A | | | | | AOA National Constitution – North America |
| 0–4B | | | | | AOA National Constitution |
| 0–5A | | | | | Westside Outlaws Holiday Card |
| 0–6 | | | | | Outlaws Wisconsin Holiday Card |
| 0–7 | | | | | Barburioni Letter |
| 0–8 | | | | | Photo – Randy Yager |
| 0–9 | | | | | Photo – Yager, Bowman, Wheeler |
| 0–10C | | | | | Photo – Mroch Search |
| 0–10D | | | | | Photo – Mroch Search |
| 0–10E | | | | | Photo – Mroch Search |
| 0–11 | | | | | Outlaw Chapter List |
| 0–12 | | | | | Mroch Address Book |

| United States vs. Randy Yager | | | | Case No. 97-CR-98 |
|---|---|---|---|---|

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 0–12B | | | | | Mroch Address Book |
| 0–12C | | | | | Notes |
| 0-12D | | | | | Notes |
| 0 -12E | | | | | DEA Sensitive Reports |
| 0–12F | | | | | Police Scanner |
| 0–13A | | | | | Belt |
| 0–13B | | | | | Belt |
| 0–14A | | | | | O'Neill Rental Contract |
| 0–14B | | | | | Photo – O'Neill |
| 0–14C | | | | | Photo Club 51 |
| 0–14D | | | | | Photo Club 51 |
| 0–14E | | | | | Photo Club 51 |
| 0-15 | | | | | Outlaw Holiday Card |
| 0–16 | | | | | Outlaw Patch |
| 0–16A | | | | | Photo Various Patches |
| 0–16B | | | | | Photo Outlaw Probationary Patch |
| 0–16C | | | | | AOA Patch |
| 0–16D | | | | | 1% Patch |
| 0–16E | | | | | Outlaw jewelry |
| 0–17A | | | | | Photo Bowman and Kruppstadt |
| 0–17B | | | | | Photo Kruppstadt, O'Neill, and others |
| 0-17C | | | | | Photo Yager and Kruppstadt |
| 0–17D | | | | | Wisconsin Chapter Photo |
| 0–17E | | | | | Photo of Group of Wisconsin Members |
| 0–17F | | | | | Photo Yager, Mroch and Others |
| 0-17G | | | | | Photo Mroch, Morgan and others |
| 0–17H | | | | | Photo Yager and others |
| 0–17I | | | | | Photo Kruppstadt |
| 0–18A | | | | | Photo Outlaws outdoors |

| United States vs. Randy Yager | | | | Case No. 97-CR-98 |
|---|---|---|---|---|

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 0–18B | | | | | Photo Outlaws outdoors |
| 0–18C | | | | | Photo Outlaws outdoors |
| 0–18D | | | | | Photo Luis Luna |
| 0–18E | | | | | Photo Outlaws on Cycles |
| 0–18F | | | | | Photo Anastas and Jensen |
| 0–18G | | | | | Photo Kadlec |
| 0–18H | | | | | Photo O'Neill and Powers |
| 0–18I | | | | | Photo Walter Posniak |
| 0–18J | | | | | Photo Bowman, Rogers and others |
| 0–18K | | | | | Photo Bowman and others |
| 0–18L | | | | | Photo Rogers/Warneke |
| 0–18M | | | | | Photo |
| 0–18N | | | | | Photo Rogers and Mayer |
| 0–18O | | | | | Photo Bowman and Murphy |
| 0–18P | | | | | Photo Wheeler and others |
| 0–18Q | | | | | Photo Stateline Wisconsin Outlaws |
| 0–18R | | | | | Photo Yager |
| 0–18S | | | | | Photo Yager |
| 0–18T | | | | | Photo Talmadge |
| 0–18U | | | | | Photo Wolf |
| 0–19A | | | | | Photo Stateline (Wisconsin) Clubhouse |
| 0–19B | | | | | Photo Stateline (Wisconsin) Clubhouse |
| 0–19C | | | | | Photo Chicago Clubhouse |
| 0–19D | | | | | Photo Chicago Clubhouse |
| 0–19E | | | | | Photo Wisconsin Union Grove Clubhouse |
| 0–20 | | | | | Morgan's Tattoos |
| 0–21 | | | | | Schnieder Plea Agreement |
| 0–21A | | | | | Schneider Rule 35 |
| 0–21B | | | | | Schneider Judgment |

| United States vs. Randy Yager | | | | Case No. 97-CR-98 |
|---|---|---|---|---|

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 0–21C | | | | | Schneider Affidavit |
| 0–22 | | | | | Murphy Plea Agreement |
| 0–22A | | | | | |
| 0-22B | | | | | |
| 0–23 | | | | | Wolf Plea Agreement |
| 0–23A | | | | | Proffer |
| 0–23B | | | | | Substantial Assistance Motion |
| 0–23C | | | | | Judgment |
| 0–23D | | | | | Rule 35 |
| 0–23E | | | | | Amended Judgment |
| 0–24A | | | | | Hicks Rule 35 |
| 0–24B | | | | | Hicks Judgment |
| 0–25 | | | | | Blake Plea Agreement |
| 0–25A | | | | | Blake Rule 35 |
| 0–25B | | | | | Blake Judgment |
| 0–26A | | | | | Warneke Judgment |
| 0–26B | | | | | Rule 35 |
| 0–26C | | | | | Amended Judgment |
| 0–27 | | | | | Talmadge Plea Agreement |
| 0–27A | | | | | Talmadge Proffer |
| 0–27B | | | | | Talmadge Rule 35 |
| 0–27C | | | | | Talmadge Judgment |
| 0–28 | | | | | Anastas Plea Agreement |
| 0–28A | | | | | Anastas Rule 35 |
| 0–28B | | | | | Anastas Judgment |
| 0–30 | | | | | Rockford Hell's Henchman photo |
| 0–31A | | | | | Photo Rockford HH Clubhouse |
| 0–31B | | | | | Photo Rockford HH Clubhouse |
| 0–31C | | | | | Photo Rockford HH Clubhouse |

| United States vs. Randy Yager | | | | | Case No. 97-CR-98 |
|---|---|---|---|---|---|
| Plf. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 0–31D | | | | | Photo Rockford HH Clubhouse |
| 0–32A | | | | | Photo fire extinguisher bomb |
| 0–32B | | | | | Photo fire extinguisher bomb |
| 0–33 | | | | | Photo HA's Illinois |
| 0–34A | | | | | Photo LaCrosse Convention Center |
| 0–34B | | | | | Photo LaCrosse Convention Center |
| 0–35A | | | | | Photo Pat Matter Truck Bombing |
| 0–35B | | | | | Photo Pat Matter Truck Bombing |
| 0–35C | | | | | Photo Pat Matter Truck Bombing |
| 0–35D | | | | | Photo Pat Matter Truck Bombing |
| 0–35E | | | | | Photo Pat Matter Truck Bombing |
| 0–35F | | | | | Photo Pat Matter Truck Bombing |
| 0–35G | | | | | Photo Pat Matter Truck Bombing |
| 0–35H | | | | | Photo Pat Matter Truck Bombing |
| 0–35I | | | | | Photo Pat Matter Truck Bombing |
| 0–35J | | | | | Photo Pat Matter Truck Bombing |
| 0–35K | | | | | Photo Pat Matter Truck Bombing |
| 0–35L | | | | | Photo Pat Matter Truck Bombing |
| 0–35M | | | | | Photo Pat Matter Truck Bombing |
| 0–35N | | | | | Photo Pat Matter Truck Bombing |
| 0–35O | | | | | Photo Pat Matter Truck Bombing |
| 0–35P | | | | | Photo Pat Matter Truck Bombing |
| 0–35Q | | | | | Photo Pat Matter Truck Bombing |
| 0–36A | | | | | Photo Pat Matter Truck Bombing |
| 0–36B | | | | | Photo Pat Matter Truck Bombing |
| 0–36C | | | | | Photo Pat Matter Truck Bombing |
| 0–36D | | | | | Photo Pat Matter Truck Bombing |
| 0–36E | | | | | Photo Pat Matter Truck Bombing |
| 0–36F | | | | | Photo Pat Matter Truck Bombing |

| United States vs. Randy Yager | | | | Case No. 97-CR-98 |
|---|---|---|---|---|

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 0-36G | | | | | Photo Pat Matter Truck Bombing |
| 0–36H | | | | | Photo Pat Matter Truck Bombing |
| 0–36I | | | | | Photo Pat Matter Truck Bombing |
| 0–36J | | | | | Photo Pat Matter Truck Bombing |
| 0–36K | | | | | Photo Pat Matter Truck Bombing |
| 0–36L | | | | | Photo Pat Matter Truck Bombing |
| 0–36M | | | | | Photo Pat Matter Truck Bombing |
| 0–36N | | | | | Photo Pat Matter Truck Bombing |
| 0–36O | | | | | Photo Pat Matter Truck Bombing |
| 0–36P | | | | | Photo Pat Matter Truck Bombing |
| 0–36Q | | | | | Photo Pat Matter Truck Bombing |
| 0–36R | | | | | Photo Pat Matter Truck Bombing |
| 0-37 | | | | | Yager Tattoos |
| 0–38 | | | | | Yager Tattoos |
| 0–39 | | | | | Yager Tattoos |
| 0-40 | | | | | Yager Tattoos |
| 0–41 | | | | | Phone Records O'Neill |
| 0–42 | | | | | Phone Records Anastas |
| 0–43 | | | | | Yager Arrest Warrant |
| 0–44 | | | | | Yager Alias Birth Certificate |
| 0–45 | | | | | Restaurant Photos |
| 0-50 | | | | | Information in *State of Indiana v. Randy Yager*, ICR-17-185-60 (filed January 24, 1985 in Superior Court of Lake County, Indiana) |
| 0-51 | | | | | Plea Agreement in *State of Indiana v. Randy Yager*, ICR-17-185-60 |
| 0-52 | | | | | Minutes of guilty plea hearing in *State of Indiana v. Randy Yager*, ICR-17-185-60 |
| 0-53 | | | | | Judgment in *State of Indiana v. Randy Yager*, ICR-17-185-60 |
| 0-54 | | | | | Minutes of sentencing hearing in *State of Indiana v. Randy Yager*, ICR-17-185-60 |
| 0-55 | | | | | Indictment in *United States v. Randy Yager*, S CR 88-27 (filed May 2, 1988 in the U.S. District Court for the Northern District of Indiana, South Bend Division) |

| United States vs. Randy Yager | | | | | Case No. 97-CR-98 |
|---|---|---|---|---|---|
| Plf. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 0-56 | | | | | Petition to Enter Change of Plea in *United States v. Randy Yager*, S CR 88-27 |
| 0-57 | | | | | Defendant's Sentencing Memorandum in *United States v. Randy Yager*, S CR 88-27 |
| 0-58 | | | | | Judgment in in *United States v. Randy Yager*, S CR 88-27 |
| 1-1 | | | | | Aerial photograph of Illiana Speedway |
| 1-2 | | | | | Photo of firearms seized |
| 1-2A | | | | | Photo of rifle |
| 1-2B | | | | | Photo of rifle |
| 1-2C | | | | | Photo of rifle |
| 1-2D | | | | | Photo of shotgun |
| 1-2E | | | | | Photo of gun case, handgun, magazines |
| 1-2F | | | | | Photo of handgun |
| 1-2G | | | | | Photo of handgun |
| 1-2H | | | | | Photo of pistol |
| 1-2I | | | | | Photo revolver |
| 1-2J | | | | | Photo of revolver |
| 1-2K | | | | | Photo of revolver |
| 1-3 | | | | | Property Inventory |
| 1-4 | | | | | Vehicle Title |
| 2-1 | | | | | Photo South Bend HH Clubhouse |
| 2-2 | | | | | Photo damaged Olds Cutlas |
| 2-3 | | | | | Photo rear tire area |
| 2-4 | | | | | Photo damage to building |
| 2-5 | | | | | Photo damage to building |
| 2-6 | | | | | Photo damage to building |
| 2-7 | | | | | Photo portion of car and building |
| 2-8 | | | | | Photo interior of car |
| 2-9 | | | | | Photo interior of car |
| 2-10 | | | | | Photo close up |

| United States vs. Randy Yager | | | | | Case No. 97-CR-98 |
|---|---|---|---|---|---|

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 2-11 | | | | | Photo passenger side view |
| 2-12 | | | | | Photo close up |
| 2-13 | | | | | Photo interior view of car |
| 2-14 | | | | | Photo of cooler |
| 2-15 | | | | | Tax record 807 W. Indiana |
| 2-16 | | | | | CV Richard Fogle |
| 3-1A | | | | | Fairfield Inn Records |
| 3-1B | | | | | Fairfield Inn Records |
| 3-1C | | | | | Fairfield Inn Records |
| 3-1D | | | | | Fairfield Inn Records |
| 3-1E | | | | | Fairfield Inn Records |
| 3-1F | | | | | Fairfield Inn Records |
| 3-1G | | | | | Fairfield Inn Records |
| 3-1H | | | | | Fairfield Inn Records |
| 3-1I | | | | | Fairfield Inn Records |
| 3-1J | | | | | Fairfield Inn Records |
| 3-1K | | | | | Fairfield Inn Records |
| 3-1L | | | | | Fairfield Inn Records |
| 3-2A | | | | | Econo Lodge Records |
| 3-2B | | | | | Econo Lodge Records |
| 3-2C | | | | | Econo Lodge Records |
| 3-2D | | | | | Econo Lodge Records |
| 3-3A | | | | | Speedway aerial photo |
| 3-3AA | | | | | Speedway aerial photo |
| 3-3B | | | | | Lancaster scene photo |
| 3-3BB | | | | | Lancaster scene photo |
| 3-3C | | | | | Lancaster scene photo |
| 3-3CC | | | | | Lancaster scene photo |
| 3-3D | | | | | Lancaster scene photo |

| United States vs. Randy Yager | | | | Case No. 97-CR-98 |
|---|---|---|---|---|
| Plf. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 3-3E | | | | | Lancaster scene photo |
| 3-3F | | | | | Lancaster scene photo |
| 3-3G | | | | | Lancaster scene photo |
| 3-3GG | | | | | Lancaster scene photo |
| 3-3H | | | | | Lancaster scene photo |
| 3-3HH | | | | | Lancaster scene photo |
| 3-3I | | | | | Lancaster scene photo |
| 3-3J | | | | | Lancaster scene photo |
| 3-3K | | | | | Lancaster scene photo |
| 3-3L | | | | | Lancaster scene photo |
| 3-3M | | | | | Lancaster scene photo |
| 3-3N | | | | | Lancaster scene photo |
| 3-3O | | | | | Lancaster scene photo |
| 3-3Q | | | | | Lancaster scene photo |
| 3-3R | | | | | Lancaster scene photo |
| 3-3S | | | | | Lancaster scene photo |
| 3-3T | | | | | Lancaster scene photo |
| 3-3U | | | | | Lancaster scene photo |
| 3-3V | | | | | Lancaster scene photo |
| 3-3W | | | | | Lancaster scene photo |
| 3-3X | | | | | Lancaster scene photo |
| 3-3Y | | | | | Lancaster scene photo |
| 3-3Z | | | | | Lancaster scene photo |
| 3-4 | | | | | Lancaster video |
| 3-5 | | | | | Bowie Knife |
| 3-8 | | | | | Ruger .22 S.N 238088 |
| 3-9 | | | | | Colt MK-3, 357 Magnum S/N CT 67524 |
| 3-10 | | | | | Colt .45 S/N EB32866 |
| 3-12 | | | | | .380 S/N EB32866 |

| | | | | | |
|---|---|---|---|---|---|
| United States vs. Randy Yager | | | | | Case No. 97-CR-98 |

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 3-13 | | | | | Ruger security six .357 S/N 15017586 |
| 3-14 | | | | | Interarms Ross .38 S/N D676812 |
| 3-15 | | | | | Mossburg 12 gg. Shotgun S/N J867773 |
| 3-16 | | | | | Rigid knife with belt clip, S & W Dagger |
| 3-18 | | | | | Dagger |
| 3-19 | | | | | Cold Steel Folding Knife |
| 3-20 | | | | | Beech lite folding knife |
| 3-21 | | | | | Blue handled folding knife |
| 3-22 | | | | | Police type radio |
| 3-23 | | | | | Six Baseball bats |
| 3-24 | | | | | Wood handled knife |
| 3-25 | | | | | Spder Co. Knife |
| 3-26 | | | | | Black jack knife |
| 3-27 | | | | | Bear Knife |
| 3-28 | | | | | Jennings .25 Caliber semi auto A/N 223864 |
| 3-29 | | | | | Smith & Wesson .32 revolver S/N 206223 |
| 3-30 | | | | | Brass Knuckles |
| 3-31A | | | | | Cheektowaga stop photo |
| 3-31B | | | | | Cheektowaga stop photo |
| 3-31C | | | | | Cheektowaga stop photo |
| 3-31D | | | | | Photo .57 colt king cobra |
| 3-31E | | | | | close up |
| 3-31F | | | | | Close up of 3-41 |
| 3-31G | | | | | Scene 1 (airport) |
| 3-31H | | | | | Loose Bullets |
| 3-31I | | | | | Scene 2 |
| 3-31J | | | | | Motor home |
| 3-31K | | | | | Motor home interior |
| 3-31L | | | | | Motor home interior |

| United States vs. Randy Yager | | | | | Case No. 97-CR-98 |
|---|---|---|---|---|---|
| Plf. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 3-31M | | | | | Scene 3 |
| 3-31N | | | | | Scene 3 |
| 3-31O | | | | | Scene 3 knife |
| 3-31P | | | | | Scene 4 |
| 3-31Q | | | | | Scene 4 |
| 3-31R | | | | | Scene 4 photo Ex. 3-43 |
| 3-31S | | | | | Scene 4 |
| 3-31T | | | | | Detained Individuals |
| 3-31U | | | | | Detained Individuals |
| 3-31V | | | | | Detained Individuals |
| 3-31X | | | | | Scene photo (Ex 3 – 9) |
| 3-31Z | | | | | Scene photo (EX 3-10) |
| 3-32 | | | | | Body Armor |
| 3-39 | | | | | Rifle |
| 3-41 | | | | | Colt .38 S/N F16042 |
| 3-42 | | | | | Colt King Cobra S/N CK 9070 (dk9070) |
| 3-43 | | | | | Beemiller 9 mm S/N 014849 |
| 3-44 | | | | | "Case" Folding Knife |
| 3-45A | | | | | Barbarian Motor Home photo (Amherst) |
| 3-45B | | | | | Barbarian Motor Home photo (Amherst) |
| 3-45C | | | | | Motor home interior |
| 3-45D | | | | | Motor home guns and bag |
| 3-45E | | | | | Motion home interior (Ex 13-69) |
| 3-45F | | | | | Motor home interior nylon bag (13-71) |
| 3-45G | | | | | Motor home interior (Ex 13 71) |
| 3-45H | | | | | Bag and colors |
| 3-45I | | | | | Photo w/ 13-68 |
| 3-45J | | | | | Photo |
| 3-45K | | | | | Photo |

| United States vs. Randy Yager | | | | Case No. 97-CR-98 |
|---|---|---|---|---|
| Plf. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 3-45L | | | | | Photo - Seating area (13-65B) |
| 3-45M | | | | | Brass knuckles and asp |
| 3-45N | | | | | Knives |
| 3-45O | | | | | Green bag with axe |
| 3-45P | | | | | Brief case w/ 13-58 |
| 3-45Q | | | | | Photo maroon bag |
| 3-45R | | | | | Photo knife |
| 3-45S | | | | | Photo |
| 3-45T | | | | | Photo |
| 3-45U | | | | | Photo axe handle |
| 3-45V | | | | | Photo |
| 3-45W | | | | | Photo |
| 3-45X | | | | | Photo person with shotgun (13-50) |
| 3-45Y | | | | | Photo person with vest |
| 3-45Z | | | | | Photo |
| 3-46 | | | | | Club |
| 3-47 | | | | | Ruger .38U S/N 57010972 |
| 3-48 | | | | | Baretta 380 S/N B55694 |
| 3-50 | | | | | Mossburg 12 gauge S/N J898040 |
| 3-52 | | | | | Sap |
| 3-54 | | | | | Sap gloves |
| 3-58 | | | | | Ruger 9mm S/N 30140989 |
| 3-64 | | | | | Asp and brass knuckles |
| 3-65A | | | | | A ballistic vest |
| 3-65B | | | | | Ballistic vest |
| 3-66 | | | | | Gerber knife |
| 3-67 | | | | | Ruger .357 S/N 15140574 |
| 3-68 | | | | | Night stick |
| 3-69 | | | | | Jennings .22 caliber gun S/N 135287 |

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | **United States vs. Randy Yager** — Case No. 97-CR-98 |
| 3-71 | | | | | Taurus .357 hand gun S/N 135287 |
| 3-72 | | | | | Smith and Wesson .357 S/N 057608 |
| 3-74 | | | | | Blood Stained Leather Vest |
| 3-75 | | | | | Photo of Yager, Luna, Powers, Fogg & Mindujano |
| 3-76 | | | | | .38 Revolver S/N F023847 |
| 3-77 | | | | | New Lenox Bank Bag |
| 3-78 | | | | | .38 Revolver S/N N95942 |
| 3-79 | | | | | New Lenox Bank Bag |
| 3-80 | | | | | 9mm Colt S/N FL09714 |
| 3-81 | | | | | New Lenox Bank Bag |
| 3-82 | | | | | Folding Knife |
| 3-83 | | | | | Voyager Folding Knife |
| 3-84 | | | | | Outlaws vest |
| 3-85 | | | | | Armor Tech brand Ballistic Vest |
| 3-88 | | | | | Ice Pick |
| 3-89 | | | | | Hell's Angels Sweatshirt |
| 3-106 | | | | | Brock Vehicle Lease |
| 3-109 | | | | | Gold tone Death Head Pin |
| 3-110A | | | | | Speedway Pictures and diagram |
| 3-110B | | | | | Speedway Pictures and diagram |
| 3-110C | | | | | Speedway Pictures and diagram |
| 3-110D | | | | | Speedway Picture and diagram with Wolf annotations |
| 3-115 | | | | | Photos of Hawley and Thornton |
| 3-116 | | | | | Photos of Lemian, Perotti, Maraccio, Schaffer |
| 3-121 | | | | | Trooper Morrow's notes/Yager ticket |
| 3-130 | | | | | CV of Dr. Baik |
| 3-131 | | | | | Quale Autopsy Diagram |
| 3-132 | | | | | Talmadge New Lenox Signature Card |
| 3-133 | | | | | Posniak Autopsy Report |

| United States vs. Randy Yager | | | | | Case No. 97-CR-98 |
|---|---|---|---|---|---|

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 3-134 | | | | | CV of Dr. Simich |
| 3-135 | | | | | Dr. Simich Laboratory Report dated March 27, 2000 |
| 3-136 | | | | | Genotype Frequency Calculation Sheet dated March 27, 2000 |
| 3-137 | | | | | PCR Statistic Standard Scenario using FBI statistics dated March 27, 2000 |
| 3-138 | | | | | Dr. Simich Amended Laboratory Report dated February 23, 2016 |
| 3-139 | | | | | Photograph of Quale |
| 4-1 | | | | | Photo Fiebrantz truck |
| 4-2 | | | | | Photo Fiebrantz truck |
| 4-3 | | | | | Photo Fiebrantz yard |
| 4-4 | | | | | Photo truck interior |
| 4-5 | | | | | Photo Fiebrantz injury to legs |
| 4-6 | | | | | Photo truck underside |
| 4-7 | | | | | Photo truck underside |
| 4-8 | | | | | Photo truck underside |
| 4-9 | | | | | Guy Morice CV |
| 5-1A | | | | | Photo Coyne Blazer |
| 5-1B | | | | | Photo Coyne Blazer |
| 5-1C | | | | | Photo Coyne Blazer |
| 5-1D | | | | | Photo Coyne Blazer |
| 5-1E | | | | | Photo after disruption |
| 5-1F | | | | | Photo after disruption |
| 5-1G | | | | | Photo after disruption |
| 5-1H | | | | | Photo after disruption |
| 5-1I | | | | | Photo after disruption |
| 5-1J | | | | | Photo after disruption |
| 5-1K | | | | | Photo after disruption |
| 5-2 | | | | | Poloroids of Barton mock-up |
| 5-3 | | | | | Wolf Drawing |

| United States vs. Randy Yager | | | | Case No. 97-CR-98 |
|---|---|---|---|---|

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 5-4 | | | | | Blazer Title |
| 5-5 | | | | | Video of Disruption |
| 6-1A | | | | | Hells Henchman car bombing photo |
| 6-1B | | | | | Hells Henchman car bombing photo |
| 6-1C | | | | | Hells Henchman car bombing photo |
| 6-1D | | | | | Hells Henchman car bombing photo |
| 6-1E | | | | | Hells Henchman car bombing photo |
| 6-1F | | | | | Hells Henchman car bombing photo |
| 6-1G | | | | | Hells Henchman car bombing photo |
| 6-1H | | | | | Hells Henchman car bombing photo |
| 6-1I | | | | | Hells Henchman car bombing photo |
| 6-2 | | | | | HH Clubhouse bombing diagram |
| 6-3 | | | | | Surveillance camera video 1722 W. Grand |
| 6-4 | | | | | Car bomb debris - door |
| 6-5 | | | | | Car bomb debris – axel |
| 6-6 | | | | | Car bomb debris – steering wheel |
| 6-7 | | | | | Car bomb debris – license plate |
| 6-8 | | | | | Car bomb debris – VIN plate |
| 6-9 | | | | | Car bomb debris – timer |
| 6-10 | | | | | Car bomb debris – metal plates |
| 6-11 | | | | | Car bombing scene video |
| 6-12 | | | | | Copy of Phone Bill |
| 6-13A | | | | | Hells Henchmen Arson photograph |
| 6-13B | | | | | Hells Henchmen Arson photograph |
| 6-13C | | | | | Hells Henchmen Arson photograph |
| 6-13D | | | | | Hells Henchmen Arson photograph |
| 6-13E | | | | | Hells Henchmen Arson photograph |
| 6-13F | | | | | Hells Henchmen Arson photograph |
| 6-13G | | | | | Hells Henchmen Arson photograph |

| United States vs. Randy Yager | | | | Case No. 97-CR-98 |
|---|---|---|---|---|

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 6-13H | | | | | Hells Henchmen Arson photograph |
| 6-13I | | | | | Hells Henchmen Arson photograph |
| 6-13J | | | | | Hells Henchmen Arson photograph |
| 7-1A | | | | | Crime Scene Photo - Fogg |
| 7-1B | | | | | Crime Scene Photo - Fogg |
| 7-1C | | | | | Crime Scene Photo - Fogg |
| 7-1D | | | | | Crime Scene Photo - Fogg |
| 7-1E | | | | | Crime Scene Photo - Fogg |
| 7-1F | | | | | Crime Scene Photo - Fogg |
| 7-1G | | | | | Crime Scene Photo - Fogg |
| 7-1H | | | | | Crime Scene Photo - Fogg |
| 7-1I | | | | | Crime Scene Photo - Fogg |
| 7-1J | | | | | Crime Scene Photo - Fogg |
| 7-1K | | | | | Crime Scene Photo - Fogg |
| 7-1L | | | | | Crime Scene Photo - Fogg |
| 7-1M | | | | | Crime Scene Photo - Fogg |
| 7-1N | | | | | Crime Scene Photo - Fogg |
| 7-2A | | | | | Crime Scene Photo – Date placard |
| 7-2B | | | | | Crime Scene Photo – Truck |
| 7-2C | | | | | Crime Scene Photo - Truck |
| 7-2D | | | | | Crime Scene Photo - Truck |
| 7-2E | | | | | Crime Scene Photo - Truck |
| 7-2F | | | | | Crime Scene Photo - Truck |
| 7-2G | | | | | Crime Scene Photo - Truck |
| 7-3A | | | | | Crime Scene Photo – Body |
| 7-3B | | | | | Crime Scene Photo – Gun |
| 7-3C | | | | | Crime Scene Photo - Gun |
| 7-3D | | | | | Crime Scene Photo - Gun |
| 7-3E | | | | | Crime Scene Photo - Gun |

| United States vs. Randy Yager | | | | | Case No. 97-CR-98 |
|---|---|---|---|---|---|
| Plf. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 7-3F | | | | | Crime Scene Photo – Body |
| 7-4A | | | | | Autopsy Photo – Tattoo |
| 7-4B | | | | | Autopsy Photo – Tattoo |
| 7-4C | | | | | Autopsy Photo – Bullet and Fragments |
| 7-5 | | | | | Autopsy Diagram |
| 7-6A | | | | | Chain of Custody |
| 7-6B | | | | | Chain of Custody |
| 7-7 | | | | | Death Certificate |
| 7-8 | | | | | Judge CV |
| 7-9 | | | | | Judge Lab Report |
| 7-10 | | | | | Shelton Offense Report |
| 7-11 | | | | | McCaw Theft Report |
| 8-1 | | | | | Photo Jack Castle |
| 8-2A | | | | | Crime Scene Photo - Castle |
| 8-2B | | | | | Crime Scene Photo - Castle |
| 8-2C | | | | | Crime Scene Photo - Castle |
| 8-2D | | | | | Crime Scene Photo - Castle |
| 8-2E | | | | | Crime Scene Photo - Castle |
| 8-2F | | | | | Crime Scene Photo - Castle |
| 8-2G | | | | | Crime Scene Photo - Castle |
| 8-2H | | | | | Crime Scene Photo - Castle |
| 8-2I | | | | | Crime Scene Photo - Castle |
| 8-2J | | | | | Crime Scene Photo - Castle |
| 8-2K | | | | | Crime Scene Photo - Castle |
| 8-2L | | | | | Crime Scene Photo - Castle |
| 8-2M | | | | | Crime Scene Photo - Castle |
| 8-2N | | | | | Crime Scene Photo - Castle |
| 8-2O | | | | | Crime Scene Photo - Castle |
| 8-2P | | | | | Crime Scene Photo - Castle |

| United States vs. Randy Yager | | | | | Case No. 97-CR-98 |
|---|---|---|---|---|---|
| Plf. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 8-2Q | | | | | Crime Scene Photo - Castle |
| 8-2R | | | | | Crime Scene Photo - Castle |
| 8-2S | | | | | Crime Scene Photo - Castle |
| 8-2T | | | | | Crime Scene Photo - Castle |
| 8-2U | | | | | Crime Scene Photo - Castle |
| 8-3A | | | | | George and Elston |
| 8-3B | | | | | George and Elston |
| 8-3C | | | | | George and Elston |
| 8-3D | | | | | George and Elston |
| 8-4 | | | | | Crime Scene |
| 8-5 | | | | | Map Chicago |
| 8-5A | | | | | Excerpt of map |
| 8-6 | | | | | Title history Chevy Caprice |
| 8-6A | | | | | Excerpt |
| 8-7A | | | | | Parking Tickets |
| 8-7B | | | | | Parking Tickets |
| 8-7C | | | | | Parking Tickets |
| 8-7D | | | | | Parking Tickets |
| 8-8 | | | | | All Will Co. Incorporation Docs |
| 8-9A | | | | | All Will vehicle pick up |
| 8-9B | | | | | Junking certificate |
| 8-10 | | | | | Autopsy Diagram |
| 8-11 | | | | | Castle T-Shirt |
| 8-12 | | | | | Death Certificate |
| 8-13 | | | | | Reginald Templin CV |
| 8-14A | | | | | Photo – Search Warrant Guns |
| 8-14B | | | | | Photo – Search Warrant Guns |
| 8-14C | | | | | Photo – Search Warrant Guns |
| 8-15 | | | | | Redacted Tribune article |

| | | | | |
|---|---|---|---|---|
| United States vs. Randy Yager | | | | Case No. 97-CR-98 |

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 8-16 | | | | | Inventory |
| 8-17 | | | | | 11 223 casings |
| 8-18 | | | | | Copper bullets from autopsy |
| 8-18A | | | | | Copper bullets from autopsy |
| 8-19 | | | | | Photo of Bullet Fragments in Container |
| | 100 | | | | Gov's Opening Statement First Trial 3-15-00 |
| | 101 | | | | Gov's Closing Statement First Trial 5-30-00 |
| | 102 | | | | Gov's Closing Statement First Trial 5-31-00 |
| | 103 | | | | Gov's Closing Statement First Trial 6-01-00 |
| | 104 | | | | Anastas - Grand Jury Testimony 12-4-02 |
| | 105 | | | | Anastas - Wheeler Testimony Florida Trial 9-8-03 |
| | 106 | | | | Anastas - Wheeler Testimony Ohio Trial 4-20-04 |
| | 107 | | | | Johnson Blake - Powers Trial Testimony 9-18-00 |
| | 108 | | | | Det. Conley - First Trial Testimony 3-30-00 |
| | 109 | | | | Det. Conley - Wheeler Florida Trial 9-2-03 |
| | 110 | | | | Michael Coyne - First Trial Testimony 3-16-00 |
| | 111 | | | | Michael Coyne - Powers Trial 9-15-00 |
| | 112 | | | | Devalkanare Grand Jury Testimony 7-6-95 |
| | 113 | | | | Devalkanare Grand Jury Testimony 2-21-96 |
| | 114 | | | | Devalkanare Grand Jury Testimony 3-6-97 |
| | 115 | | | | Devalkanare Grand Jury Testimony   11-9-98 |
| | 116 | | | | Devalkanare Grand Jury Testimony 11-10-98 |
| | 117 | | | | Devalkanare Grand Jury Testimony 11-10-98 |
| | 118 | | | | Devalkanare Grand Jury Testimony 5-15-01 |
| | 119 | | | | Devalkanare Grand Jury Testimony 5-16-01 |
| | 120 | | | | Devalkenare First Trial Testimony 5-4-00 |
| | 121 | | | | Devalkenare First Trial Testimony 5-8-00 |
| | 122 | | | | Devalkenare First Trial Testimony 5-9-00 |

| United States vs. Randy Yager | | | | Case No. 97-CR-98 |
|---|---|---|---|---|

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 123 | | | | Devalkenare Powers Trial Testimony 9-14-00 |
| | 124 | | | | Devalkenare Powers Trial Testimony 9-15-00 |
| | 125 | | | | Roger Fiebrantz - First Trial Testimony 3-15-00 |
| | 126 | | | | Roger Fiebrantz - Powers Trial 9-15-00 |
| | 127 | | | | Timothy Heavern First Trial Testimony 3-30-00 |
| | 128 | | | | Timothy Heavern Wheeler Testimony 8-26-03 |
| | 129 | | | | Wayne Hicks - Bowman Trial Testimony 3-28-01 |
| | 130 | | | | Wayne Hicks - Bowman Trial Testimony 3-29-01 |
| | 131 | | | | Wayne Hicks - Wheeler Trial Testimony 8-27-03 |
| | 132 | | | | Wayne Hicks - Wheeler Trial Testimony 8-28-03 |
| | 133 | | | | Ronald Holmes First Trial Testimony 5-9-00 |
| | 134 | | | | Ronald Holmes Wheeler Trial   8-20-03 |
| | 135 | | | | John Richard Jones - First Trial 3-28-00 |
| | 136 | | | | John Richard Jones - Bowman Testimony 4-9-01 |
| | 137 | | | | John Richard Jones - Wheeler Testimony 8-28-03 |
| | 138 | | | | David Kadlec First Trial Testimony 5-8-00 |
| | 139 | | | | David Kadlec First Trial Testimony 5-9-00 |
| | 140 | | | | John Morrow First Trial Testimony 3-30-00 |
| | 141 | | | | John Morrow Powers Trial Testimony 9-18-00 |
| | 142 | | | | John Morrow Wheeler Testimony 8-27-03 |
| | 143 | | | | Houston Murphy First Trial Testimony 3-28-00 |
| | 144 | | | | Houston Murphy First Trial Testimony 3-29-00 |
| | 145 | | | | Houston Murphy Bowman Trial Testimony 4-4-01 |
| | 146 | | | | Angelo Neri First Trial 3-30-00 |
| | 147 | | | | Angelo Neri Wheeler Trial 9-2-03 |
| | 148 | | | | Dennis Pellegrini Wheeler Testimony 9-4-03 |
| | 149 | | | | Quabius Grand Jury Testimony 11-10-98 |
| | 150 | | | | Quabius First Trial Testimony 3-23-00 |

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | United States vs. Randy Yager — Case No. 97-CR-98 |
| | 151 | | | | Quabius First Trial Testimony 4-3-00 |
| | 152 | | | | Det. Leon Robak First Trial Testimony 3-30-00 |
| | 153 | | | | Det. Leon Robak First Trial Testimony 4-3-00 |
| | 154 | | | | Det. Leon Robak Powers Trial Testimony 9-18-00 |
| | 155 | | | | Det. Leon Robak Powers Trial Testimony 9-19-00 |
| | 156 | | | | James Schneider Grand Jury 5-27-98 |
| | 157 | | | | James Schneider Grand Jury 6-23-98 |
| | 158 | | | | James Schneider Grand Jury 7-15-98 |
| | 159 | | | | James Schneider Grand Jury 9-9-98 |
| | 160 | | | | James Schneider First Trial 3-22-00 |
| | 161 | | | | James Schneider First Trial 3-23-00 |
| | 162 | | | | Talmadge Grand Jury Testimony 12-4-02 |
| | 163 | | | | Talmadge Wheeler Testimony 9-10-03 |
| | 164 | | | | Talmadge Wheeler Testimony 9-11-03 |
| | 165 | | | | Talmadge Wheeler Testimony 4-13-04 |
| | 166 | | | | Warneke Bowman Trial 3-27-01 |
| | 167 | | | | Warneke Wheeler Trial testimony 8-20-03 |
| | 168 | | | | Warneke Wheeler Trial testimony 8-21-03 |
| | 169 | | | | Warneke Wheeler Trial Testimony 8-25-03 |
| | 170 | | | | David Wolf Grand Jury Testimony 4-16-96 |
| | 171 | | | | David Wolf First Trial Testimony 4-3-00 |
| | 172 | | | | David Wolf First Trial Testimony 4-4-00 |
| | 173 | | | | David Wolf First Trial Testimony 4-5-00 |
| | 174 | | | | David Wolf First Trial Testimony 4-6-00 |
| | 175 | | | | David Wolf Powers Testimony 9-11-00 |
| | 176 | | | | David Wolf Powers Testimony 9-12-00 |
| | 177 | | | | David Wolf Powers Testimony 9-13-00 |
| | 178 | | | | David Wolf Bowman Testimony 4-9-01 |
| | 179 | | | | David Wolf Wheeler Testimony 9-3-03 |

| | | | | |
|---|---|---|---|---|
| United States vs. Randy Yager | | | | Case No. 97-CR-98 |

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 180 | | | | David Wolf Wheeler Testimony 9-4-03 |
| | 181 | | | | Patricia Wolf Grand Jury 3-29-95 |
| | 182 | | | | Patricia Wolf First Trial 4-18-00 |
| | 183 | | | | Patricia Wolf First Trial 4-19-00 |
| | 184 | | | | Patricia Wolf Powers Trial 9-14-00 |
| | 185 | | | | Second Superseding Indictment |
| | 186 | | | | 01-CR-108 Indictment |
| | 187 | | | | Anastas Plea Agreement 5-15-02 |
| | 188 | | | | Johnson Blake Plea Agreement 3-2-2000 |
| | 189 | | | | Johnson Blake Rule 35 Motion 12-20-01 |
| | 190 | | | | Johnson Blake - Motion to Dismiss Substantial Assistance Motion 6-26-04 |
| | 191 | | | | Johnson Blake - Corrected Motion to Dismiss 4-27-04 |
| | 192 | | | | 94-220-CR-T-24A Third Superseding Indictment |
| | 193 | | | | Hicks' Motion for Reduction of Defendant's Sentence 8-20-01 |
| | 194 | | | | Hicks' Judgment of Conviction 8-31-01 |
| | 195 | | | | Murphy Plea Agreement 3-14-97 |
| | 196 | | | | Schneider Plea Agreement 11-20-98 |
| | 197 | | | | Talmadge Plea Agreement 10-30-01 |
| | 198 | | | | Talmadge Report of Interview |
| | 199 | | | | Talmadge Notes |
| | 200 | | | | Warneke Letter Re: Assistance 6-22-04 |
| | 201 | | | | Warneke Rule 35 Motion 10-14-10 |
| | 202 | | | | Warneke Rule 35 Hearing Minutes 11-5-10 |
| | 203 | | | | Wolf   - Provide Information Letter 4-26-95 |
| | 204 | | | | Wolf   - Plea Agreement 3-15-96 |
| | 205 | | | | Letter from State's Attorney Re: Wolf   4-29-96 |
| | 206 | | | | South Bend Tribune 9-1-94 Newspaper Article |
| | 207 | | | | Picture of Oldsmobile |

| | | | | | |
|---|---|---|---|---|---|
| United States vs. Randy Yager | | | | | Case No. 97-CR-98 |
| Plf. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | 208 | | | | 7-10-95 Report of David Allbritten |
| | 209 | | | | Autopsy Report of Walter Posnjak |
| | 210 | | | | Autopsy Report of Michael Quale |
| | 211 | | | | Times Newspaper Article 11-28-94 |
| | 212 | | | | Personal Property Seizure 1-29-95 |
| | 213 | | | | Stan McCaw Theft Report 3-6-95 |
| | 214 | | | | Prosecution Version of the Offense 7-14-00 |
| | 215 | | | | Criminal Complaint Christopher Richter Case No: 2000-CF-4386 |
| | 216 | | | | Hell's Angels T-Shirt with Lightning Bolts |
| | 217 | | | | Hell's Angels Sign with Lightning Bolts |
| | 218 | | | | Talmadge Hand Writing Sample |
| | 219 | | | | Pen Register Application |
| | 220 | | | | Memo From Thomas Franczyk dated 6/21/96 |
| | 221 | | | | ATF Report 464 – 12/8/05 |
| | 222 | | | | ATF Report 584 – 5/30/08 |
| | 223 | | | | Report of Investigation by Donovan Davis   - 5/30/08 |
| | 224 | | | | Report of Investigation by Donovan Davis – 5/17/07 |
| | 225 | | | | Cellular One Phone Records Kevin O'Neill – 6/15/94 – 7/15/94 |
| | 226 | | | | Telephone bills for Patricia Morris   / David Wolf – March 1 – June 1, 1994. |
| | 227 | | | | Telephone bills for Patricia Morris / David Wolf for July 28 – November 28, 1994. |
| | 228 | | | | Telephone Bills for Patricia Morris / David Wolf for December 28, 1994 |
| | 229 | | | | Telephone Bills for Patrica Morris / David Wolf for January 28, 1995. |
| | 230 | | | | Telephone Bills for Edward Anastas for October 7, 1996 |
| | 231 | | | | Vernon County Jail calls for the week of June 26, 1994 – July 3, 1994 |
| | 232 | | | | Fogg Crime Scene |

| United States vs. Randy Yager | | | | Case No. 97-CR-98 |
|---|---|---|---|---|
| Plf. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |

| | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 233 | | | | Fogg Crime Scene |
| | 234 | | | | Fogg Crime Scene |
| | 235 | | | | Fogg Crime Scene |
| | 236 | | | | Fogg Crime Scene |
| | 237 | | | | Fogg Crime Scene |