# EXHIBIT A

TRULINCS 02351027 - YAGER, RANDY M - Unit: MIL-A-A

---

FROM: 02351027
TO: MIL/RISCoordinator
SUBJECT: ***Request to Staff*** YAGER, RANDY, Reg# 02351027, MIL-A-A
DATE: 06/23/2020 05:23:42 PM

To:
Inmate Work Assignment: Orderly Pool

I am requesting a reduction in sentence based on the current pandemic and my underlying health issues. I am on High Blood Pressure medication, my heart as aortic root dilation and I suffered a heart attack in 2010. I believe this presents extraordinary and compelling circumstances.

I also qualify as having a debilitated medical condition. I am only capable of limited self care and am confined to sitting 75% of walking hours. I have to use a walker when moving, but my movement is limited. The injury I suffered was a result of Gadolinium Poisoning, having 2 separate surgeries for decompression of my spine, that resulted in nerve damage. My medical records show that without proper medical care and extensive Physical Treatment, my condition can result in me becoming crippled for life.    Thank You .