# EXHIBIT C

*MILAN 2020 MARCH 1st*

 **Individualized Reentry Plan - Program Review (Inmate Copy)**   SEQUENCE: 00310874
Dept. of Justice / Federal Bureau of Prisons      Team Date: 03-01-2020
Plan is for inmate: YAGER, RANDY M 02351-027

| | | | | |
|---|---|---|---|---|
| Facility: | MIL MILAN FCI | | Proj. Rel. Date: | 11-09-2027 |
| Name: | YAGER, RANDY M | | Proj. Rel. Mthd: | GCT REL |
| Register No.: | 02351-027 | | DNA Status: | PREBOP TST / 08-08-2016 |
| Age: | 63 | | | |
| Date of Birth: | 08-07-1956 | | | |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| *NO DETAINER* | |

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MIL | A ORD POOL | UNIT ORDERLY POOL | 04-16-2019 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MIL | ESL HAS | ENGLISH PROFICIENT | 07-26-1991 |
| MIL | GED HAS | COMPLETED GED OR HS DIPLOMA | 08-08-1991 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| MIL | C | THINK LIKE ECONOMIST (IS) | 01-28-2020 | 02-10-2020 |
| MIL | C | LIFE ANCIENT WORLD (IS) | 01-28-2020 | 02-10-2020 |
| MIL | C | PHOTOGRAPHY (IS) | 01-28-2020 | 02-10-2020 |
| MIL | C | RPP6 AMERICAN CIVIL WAR (IS) | 07-15-2019 | 08-05-2019 |
| MIL | C | RPP6 FOUNDATIONS WEST CIV (IS) | 07-15-2019 | 07-29-2019 |
| MIL | C | RPP3 UNDERSTANDING INVEST (IS) | 07-15-2019 | 07-23-2019 |
| THA | C | FCI LEATHER CLASS | 07-16-2018 | 09-11-2018 |
| THA | C | FCI WALK | 04-27-2018 | 06-15-2018 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

*\*\* NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS \*\**

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 08-30-2016 |
| CARE2 | STABLE, CHRONIC CARE | 08-03-2018 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| HGT RESTR | NO LADDERS/NO UPPER BUNK | 03-27-2019 |
| LOWER BUNK | LOWER BUNK REQUIRED | 03-27-2019 |
| NO PAPER | NO PAPER MEDICAL RECORD | 08-26-2016 |
| REG DUTY W | REGULAR DUTY W/MED RESTRICTION | 02-26-2020 |
| STAND RSTR | NO PROLONGED STANDING | 02-26-2020 |
| YES F/S | CLEARED FOR FOOD SERVICE | 08-03-2018 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED NONE | DRUG EDUCATION NONE | 09-27-2016 |

### FRP Details

**Most Recent Payment Plan**

| | | | | |
|---|---|---|---|---|
| FRP Assignment: | COMPLT | FINANC RESP-COMPLETED | | Start: 09-15-2018 |
| Inmate Decision: | AGREED | $200.00 | Frequency: | SINGLE |
| Payments past 6 months: | | $0.00 | Obligation Balance: | $0.00 |

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|



## Individualized Reentry Plan - Program Review (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

SEQUENCE: 00310874
Team Date: 03-01-2020

Plan is for inmate: YAGER, RANDY M  02351-027

### Most Recent Payment Plan

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $200.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **

### Payment Details

Trust Fund Deposits - Past 6 months:  $2,690.00        Payments commensurate ?  Y

New Payment Plan:    ** No data **

### Progress since last review

He is not currently working. He has completed a variety of programs since being at FCI Milan. He has maintained clear conduct since being incarcerated.

### Next Program Review Goals

It is recommended that he maintain his employment through 08-25-2020. It is recommended that he continue to program appropriately through 08-25-2020.

### Long Term Goals

It is recommended that he save approximately $300.00 prior to 02-26-2021. It is recommended that he maintain clear conduct through 02-26-2021.

### RRC/HC Placement

No.
Management decision - Will be reviewed 17 to 19 months from release..

### Comments

He currently has a financial/poverty skills need.