# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                Plaintiff,

v.

RANDY M. YAGER,

                Defendant.

Case No. 97-CR-98-6-JPS

**ORDER**

       On September 8, 2020, the Government filed its first motion for an extension of time to file a response to Defendant's motion for compassionate release. (Docket #2227). The Government noted that it had been unable to access Defendant's motion and his supporting documents, and requested that the Clerk of Court be directed to ensure the Government's electronic access. (*Id.*) Upon consideration of the Government's motion, the Court will grant the extension. The Government must now submit its response on or before September 22, 2020. Because the Court is aware that measures have been taken to ensure the Government's access to Defendant's motion and the supporting documents, the Court will deny that portion of the Government's request as moot.

       Accordingly,

       **IT IS ORDERED** that the Government's motion for an extension of time (Docket #2227) be and the same is hereby **GRANTED**; the Government shall submit its response to Defendant's motion on or before **September 22, 2020**; and

**IT IS FURTHER ORDERED** that the Government's request for electronic access to Defendant's motion (Docket #2222) and the exhibits thereto be and the same is hereby **DENIED as moot**.

Dated at Milwaukee, Wisconsin, this 11th day of September, 2020.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge