# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>v.<br><br>RANDY M. YAGER,<br><br>                 Defendant. | Case No. 97-CR-98-6-JPS<br><br><br>**ORDER** |

On August 31, 2020, Defendant, through counsel, filed a motion for compassionate release. ECF No. 2222. The motion was fully briefed. ECF Nos. 2222, 2229, 2234, 2237. On January 12, 2021, the Court denied the motion. ECF No. 2239. On July 28, 2021, Defendant, acting pro se, filed a second motion for compassionate release. ECF No. 2256. Typically, the Court refers these matters to the Federal Defender Services for consideration and allows the Government the opportunity to respond. However, in this instance, the Court determines that Defendant's second motion does not raise any issues that the Court did not already consider and adjudicate in its prior order. Therefore, the Court will deny the motion.

Accordingly,

**IT IS ORDERED** that Defendant Randy M. Yager's motion for compassionate release, ECF No. 2256, be and the same is hereby **DENIED**.

Dated at Milwaukee, Wisconsin, this 27th day of April, 2022.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge